**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PINNACLE AIRLINES CORP.,** *et al.*, | **Case No. 12-11343 (REG)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER

THE MEMORANDUM IN SUPPORT OF DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS WITH THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL AND THE ASSOCIATION OF FLIGHT ATTENDANTS-CWA PURSUANT TO 11 U.S.C. § 1113 HAS BEEN FILED ON SEPTEMBER 13, 2012 PURSUANT TO ORDERS OF THE BANKRUPTCY COURT, DATED JUNE 20, 2012 DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.