**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PINNACLE AIRLINES CORP.,** *et al.*, | **Case No. 12-11343 (REG)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER

THE DECLARATION OF DANIEL M. KASPER IN SUPPORT OF DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS WITH THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL AND THE ASSOCIATION OF FLIGHT ATTENDANTS-CWA PURSUANT TO 11 U.S.C. § 1113 AND ACCOMPANYING EXHIBITS HAVE BEEN FILED ON SEPTEMBER 13, 2012 PURSUANT TO ORDERS OF THE BANKRUPTCY COURT, DATED JUNE 20, 2012, DIRECTING THAT THE MATERIAL HEREIN BE FILED UNDER SEAL.