Exhibit 3

12-11343-reg Doc 649-3 Filed 09/21/12 Entered 09/21/12 16:38:34 Exhibit 3 Pg 1 of 2

EXHIBIT 3

**Pinnacle Airlines Corp - Consolidated**

000's

|  | Forecast 2013 | Forecast 2014 | Forecast 2015 | Forecast 2016 | Forecast 2017 | Forecast 2018 |
|---|---|---|---|---|---|---|
| Contract Revenue | | | | | | |
| Passthrough Revenue | | | | | | |
| Adjustments and Penalties | | | | | | |
| **Total Revenue** | | | | | | |
| Salaries, Wages & Benefits | | | | | | |
| Employee Related | | | | | | |
| GSE Related | | | | | | |
| Commissions & Pax Related | | | | | | |
| Depreciation | | | | | | |
| Maintenance and Materials | | | | | | |
| RON Expense | | | | | | |
| SIM Expense | | | | | | |
| Outside Services | | | | | | |
| Facilities | | | | | | |
| IT Expense | | | | | | |
| Other Expense | | | | | | |
| **Total Controllable Exp** | | | | | | |
| Total Passthrough Exp | | | | | | |
| **Total Operating Exp** | | | | | | |
| **Operating Income** | (14,853) | (10,578) | (10,398) | (8,580) | (6,915) | (34,066) |
| Total Non-op Exp | 23,042 | 5,722 | 3,839 | 1,964 | 271 | - |
| **Pre-tax Income** | (37,895) | (16,300) | (14,237) | (10,544) | (7,185) | (34,066) |