Exhibit 4

EXHIBIT 4

**BUILD-UP OF PINNACLE ESTIMATED COST DISADVANTAGE VERSUS COMPASS (AVERAGE PER YEAR)**
*This document identifies known, identifiable and estimable cost differences between Pinnacle and GoJet. It is not intended to be an exhaustive detail of all cost differences.*

### PILOT LONGEVITY AND RATE

**Longevity**

|  | CA | FO | Weighted average |
|---|---|---|---|
| Pinnacle - CRJ900 [1] | ■ | ■ | ■ |
| Compass - E170/175 | 4.8 | 2.3 | 3.6 |

**Rate comparison - each carrier's average pay rates based on estimated longevity distribution and pay scale**

|  | CA | FO | Weighted average |
|---|---|---|---|
| Pinnacle - CRJ900 [2] | ■ | ■ | ■ |
| Compass - E170/175 | $73.25 | $33.77 | $53.51 |

**Pay-related costs for 41 CRJ900s for 1 year**

|  | CA | FO | Total | Gap vs. PNCL | Gap vs. PNCL per CRJ900 |
|---|---|---|---|---|---|
| Pinnacle longevity and rates | ■ | ■ | ■ | | |
| Compass longevity and rates | $21,623,270 | $7,636,662 | $29,259,932 | ■ | ■ |

| **Pinnacle pilot longevity and rate disadvantage per CRJ900 shell vs. Compass** | **$209,626** |
|---|---|

### PILOT 401(k)

**401(k) disadvantage for 1 year**

|  | CA | FO | Total | Gap vs. PNCL | Gap vs. PNCL per CRJ900 |
|---|---|---|---|---|---|
| Pinnacle longevity and match rates | ■ | ■ | ■ | | |
| Compass longevity and match rates | $573,566 | $131,704 | $705,270 | ■ | ■ |

| **Pinnacle pilot 401(k) cost disadvantage per CRJ900 shell vs. Compass** | **$9,899** |
|---|---|
| **Pinnacle pilot longevity, rate and 401(k) disadvantage per CRJ900 shell vs. Compass** | **$219,526** |

### PILOT WORK RULES

**Work rule disadvantage vs. Compass (average value 2013 - 2018)**

|  | Disadvantage - CRJ900 fleet | Disadvantage per CRJ900 shell |
|---|---|---|
| Eliminate US customs credit | | |
| Eliminate voluntary move benefits | | |
| Vacancy training restrictions during fenced operations | ■ | ■ |
| Trip disruption - pairing protection rather than leg-for-leg protection | | |
| Eliminate positive space for pilots in training | | |
| Hotel buyout - pilots in training have option to forgo hotel, saving split evenly | | |

| **Pinnacle work rules disadvantage per CRJ900 shell vs. Compass** | **$5,398** |
|---|---|

### FLIGHT ATTENDANT PAY, LONGEVITY AND 401(k)

| Compass hourly rate per flight attendant | |
| Pinnacle hourly rate per flight attendant | ■ |
| Compass cost per shell per year | |
| Pinnacle cost per shell per year | |

| **Pinnacle light attendant cost disadvantage per shell vs Compass** | **$38,227** |
|---|---|

| **Total identified cost disadvantage per CRJ900 shell vs. Compass** | **$263,151** |
|---|---|

*Notes:*
*1) Pinnacle CRJ900 projected longevity factors in removal of 9E CRJ900s*
*2) Pinnacle cost structure in this analysis is based on May 18 proposal*