Exhibit 5

EXHIBIT 5

**BUILD-UP OF PINNACLE ESTIMATED COST DISADVANTAGE VERSUS GOJET (AVERAGE PER YEAR)**
This document identifies known, identifiable and estimable cost differences between Pinnacle and GoJet. It is not intended to be an exhaustive detail of all cost differences.

### PILOT LONGEVITY AND RATE

**Longevity**

|  | CA | FO | Weighted average |
|---|---|---|---|
| Pinnacle - CRJ900 [1] | ■ | ■ | ■ |
| GoJet - CRJ700 | 5.2 | 1.3 | 3.3 |

**Rate comparison - each carrier's average rates based on estimated longevity distribution and pay scale**

|  | CA | FO | Weighted average |
|---|---|---|---|
| Pinnacle - CRJ900 [2] | ■ | ■ | ■ |
| GoJet - CRJ700 | $72.03 | $26.81 | $49.42 |

**Pay-related costs for 41 CRJ900s for 1 year**

|  | CA | FO | Total | Gap vs. PNCL | Gap vs. PNCL per CRJ900 |
|---|---|---|---|---|---|
| Pinnacle longevity and rates | ■ | ■ | ■ | ■ | ■ |
| GoJet longevity and rates | $21,263,880 | $6,063,177 | $27,327,057 | | |
| **Pinnacle pilot longevity and rate disadvantage per CRJ900 shell vs. GoJet CRJ700** | | | | | **$256,770** |

### PILOT 401(k)

**401(k) disadvantage for 1 year**

|  | CA | FO | Total | Gap vs. PNCL | Gap vs. PNCL per CRJ900 |
|---|---|---|---|---|---|
| Pinnacle longevity and match rates | ■ | ■ | ■ | ■ | ■ |
| GoJet longevity and match rates | $150,174 | $34,856 | $185,030 | | |
| **Pinnacle pilot 401(k) gap per CRJ900 shell vs. GoJet** | | | | | **$22,588** |
| **Pinnacle pilot longevity, rate and 401(k) disadvantage per CRJ900 shell vs. GoJet CRJ700** | | | | | **$279,358** |

### PILOT WORK RULES

**Work rule disadvantage vs. GoJet (average value 2013 - 2018)**

|  | Disadvantage - CRJ900 fleet | Disadvantage per CRJ900 shell |
|---|---|---|
| Reserves work 1 extra day per month | ■ | ■ |
| Eliminate US customs credit | | |
| Pilot uniform allowance | | |
| Eliminate voluntary move benefits | | |
| Deadhead (75% -> 50%) | | |
| Vacancy training restrictions during fenced operations | | |
| Trip disruption - pairing protection rather than leg-for-leg protection | | |
| Eliminate positive space for pilots in training | | |
| Hotel buyout - pilots in training have option to forgo hotel, saving split evenly | | |
| **PNCL work rules disadvantage per CRJ900 shell vs. GoJet CRJ700** | | **$16,297** |

### FLIGHT ATTENDANT PAY, LONGEVITY AND 401(k)

|  |  |
|---|---|
| GoJet hourly rate per flight attendant | ■ |
| Pinnacle hourly rate per flight attendant | |
| GoJet cost per shell per year | |
| Pinnacle cost per shell per year | |
| **Flight attendant cost disadvantage per per CRJ900 shell vs. GoJet CRJ700** | **$36,688** |

| **Total identified cost disadvantage per CRJ900 shell vs. GoJet CRJ700** | **$332,343** |
|---|---|

**Notes:**
1) Pinnacle CRJ900 projected longevity factors in removal of 9E CRJ900s
2) Pinnacle cost structure in this analysis is based on May 18 proposal