Exhibit 6

# EXHIBIT 6

50 versus 70+ seat historical orders from 2000-2012



**50 and 70+ seat aircraft orders from 2000 to 2012**
# of aircraft

Source: Ascend.

**SEABURY**