Exhibit 1

12-11343-reg    Doc 652-1    Filed 09/21/12    Entered 09/21/12 16:59:10    Exhibit 1
Pg 1 of 4

**COMPANY CALCULATION OF ANNUAL AVERAGE LABOR COST SAVINGS**

**PINNACLE AIRLINES 1113(c) RESTRUCTURING PROPOSAL TO THE AIR LINE PILOTS ASSOCIATION**
**SEPTEMBER 6, 2012**

**PINNACLE AIRLINES 1113(c) RESTRUCTURING PROPOSAL TO THE ASSOCIATION OF FLIGHT ATTENDANTS - CWA**
**SEPTEMBER 13, 2012**

**Work group savings summary**
**Average annual cost savings: 2013 - 2018**

| Line item | Pilots | Flight Attendants | Dispatchers | Salaried | Hourly | Total |
|---|---|---|---|---|---|---|
| Medical | $4,604,578 | $1,454,335 | $97,998 | $1,156,304 | $1,495,860 | **$8,809,076** |
| 401k | $2,607,044 | $163,863 | $1,535 | $246,782 | $90,747 | **$3,109,971** |
| Wage Cut * | $31,462,428 | $1,355,198 | $157,689 | $2,320,618 | $1,943,576 | **$37,239,510** |
| Work Rules | $20,954,178 | $3,472,459 | $30,826 | $91,593 | $167,628 | **$24,716,684** |
| Additional headcount savings |  |  |  | $1,572,226 | $1,025,111 | **$2,597,336** |
|  |  |  |  |  |  |  |
| **Total** | **$59,628,228** | **$6,445,855** | **$288,049** | **$5,387,523** | **$4,722,923** | **$76,472,578** |

*Notes: * Includes impact of changes to Long Term Disability (LTD) insurance*

**COMPANY CALCULATION OF ANNUAL AVERAGE LABOR COST SAVINGS**

**PINNACLE AIRLINES 1113(c) RESTRUCTURING PROPOSAL TO THE AIR LINE PILOTS ASSOCIATION**
**SEPTEMBER 6, 2012**

Pilot Work Rule savings summary
Average annual cost savings: 2013 - 2018

| September 6, 2012 Company Term Sheet reference | Description | Average annual estimated savings 2013 - 2018 |
|---|---|---|
| 1 | Trip disruption | |
| 2 | Eliminate US customs credit | |
| 3 | Per Diem | |
| 4 | Eliminate 1-day trip per diem | |
| 5 | Voluntary move | |
| 6 | Reduce vacation accrual | |
| 7 | Virtual Vacation | |
| 8 | Deadhead | |
| 9 | Short term training on day off | |
| 10 | Positive space training | |
| 11 | Training - PTRB | |
| 12 | Home study | |
| 13 | 45 min report time | |
| 15 | Reserves work 1 extra day /month | |
| 16 | Non-seniority list instructors | |
| 17 a. | Treat all instructors as LOA 5 (94 hrs / month) | |
| 17.b. | Eliminate positive space for instructors | |
| 18, 43 | Flight pay loss | |
| 19, 21, 41 | FMLA eligibility | |
| 19, 41 | Dependant FMLA | |
| 22 | Pilot uniforms | |
| 25 | Vacancy training restrictions during fenced operations | |
| 26, 27 | Training: section 24 revisions | |
| 28 | Section 24 relief | |
| 29 | Long call reserve | |
| 30 | ALPA pilots in crew planning | |
| 31 | Open time line award volume | |
| 32 | Single duty day | |
| 33 | SDD / CDO month-to-month conflict | |
| 34 | Line value range | |
| 35 - 37, A.4. | Junior assignment and extension pay | |
| 38, A.3. | Open time posting flexibility | |
| 39 | Long call available | |
| 42 | Medical Reimbursement | |
| 44 | Co-Domicile | |
| 45 | Hotel buyout | |
| A.2. | Minimum day credit | |
| A.3 | Trip adds and trades | |
| A.5. | Pay but no credit for recurrent training | |
| A.6. | Value of Planned Activities - STT schedule credit = 4 hours | |
| E.1.d. | Medical premium true-up | |
| E 2. | Retiree medical | |
| E 3. | Extended sick leave - eliminate | |
| E 3. | Eliminate ESL ASO fee | |
| | **Total** | **$22,017,428** |
| | Offset credit * | |

\* As stated to ALPA when this counter-proposal was presented on September 6, 2012, the expected total savings from this counter-proposal slightly exceed those required from the Pilot work group. The 'offset credit' figure represents the amount by which this counter-proposal exceeds the target. The Company's stated intention was to provide ALPA with the choice of which items it wishes to be removed from the term sheet, with the total value of such items to match the 'offset credit'.

**COMPANY CALCULATION OF ANNUAL AVERAGE LABOR COST SAVINGS**

**PINNACLE AIRLINES 1113(c) RESTRUCTURING PROPOSAL TO THE ASSOCIATION OF FLIGHT ATTENDANTS - CWA**
**SEPTEMBER 13, 2012**

<u>**Flight Attendant Work Rule savings summary**</u>
<u>**Average annual cost savings: 2013 - 2018**</u>

| September 13, 2012 Company Term Sheet reference | Description | Average annual estimated savings 2013 - 2018 |
|---|---|---|
| 1 | Increase min days for part time FA's (6 -> 8) | |
| 2 | No health insurance for grandfathered PT FAs | |
| 3 | FA open time | |
| 4 | Co-domicile | |
| 5 | 1 week of vacation unpaid | |
| 6 | Decrease uniform maintenance allowance | |
| 7 | Per Diem | |
| 8 | Eliminate 1 day trip per diem | |
| 9 | Eliminate US customs pay | |
| 10 | Deadhead | |
| 11 | 45 minute report time | |
| 12 | Month balancing | |
| A.3. | Junior assignment and extension | |
| A.4. | Zero paid holidays | |
| A.5. | Recurrent training - pay but no credit | |
| D.NCI.1 | Eliminate ESL - ASO cost | |
| D.NCI.1 | Eliminate ESL - Premium cost | |
| | Total | $3,472,459 |