Exhibit 2

**COMPANY CALCULATION OF ANNUAL AVERAGE LABOR COST SAVINGS (PRELIMINARY)**

**SECOND ALPA COUNTERPROPOSAL TO AUGUST 16 TERM SHEET**
**SEPTEMBER 12, 2012**

Pilot savings summary
Average cost savings: Annualized over first 18 months; 2013 - 2018

| Line item | Annualized over first 18 months | 2013 - 2018 average |
|---|---|---|
| Medical | $0 | $0 |
| 401(k) * | $195,117 | $230,487 |
| Wage Cut | $5,475,341 | $5,939,224 |
| Work Rules | $9,566,259 | $10,121,307 |
|  |  |  |
| Total | $15,236,717 | $16,291,018 |

Notes: * 401(k) savings reflect impact of pay changes to 401(k) cost

**COMPANY CALCULATION OF ANNUAL AVERAGE LABOR COST SAVINGS (PRELIMINARY)**

**SECOND ALPA COUNTERPROPOSAL TO AUGUST 16 TERM SHEET**
**SEPTEMBER 12, 2012**

Pilot Work Rule savings summary
Average cost savings: Annualized over first 18 months; 2013 - 2018

| September 12, 2012 ALPA Term Sheet reference | Description | Annualized over first 18 months | 2013 - 2018 average |
|---|---|---|---|
| 3.K. | Eliminate US customs credit | | |
| 3.M.2. | Trip Adds and Trades - LIP trades 100% adds | | |
| 3.T.1. | Value of Planned Activities - STT schedule credit = 4 hours | | |
| 5.D.1 | Per Diem | | |
| 6.E & 6.F | Voluntary Moving Expenses | | |
| 7.A.3. | Vacation accrual | | |
| 7.B.1. | Virtual Vacation Credit | | |
| 11 A.2.b.i. | Check Airman Bidding in PBS | | |
| 11.A 2.d.ii. | STT on a Day Off | | |
| 11.B.2 a. | Pilot Training Review Board | | |
| 11.K.2. | Home study | | |
| 11.N. | Instructors | | |
| 11.N.2.g.ii | Positive space for instructors | | |
| 12.B.1. | Domicile Report Time - 45 minutes | | |
| 24.G.3.; 24.G.4. | Section 24: First Officer Freezes; Captain Freezes | | |
| 25.B. | Bid Periods | | |
| 25.E.1.a | Trip Construction - 5 day trips | | |
| 25.E.2.a.ii | Open time after Line Construction | | |
| 25.E.2 c. | No SDD - month-to-month conflict | | |
| 25.E.2.d. | No SDD for reserves | | |
| 25.E.2.d. | No SDD for CDOs | | |
| 25.E.2.k.i. | Reserve Lines | | |
| 25.H.5-6. | Trip Displacement & Long Call Available (LCA) | | |
| 25.J.10.; 25.J.12. | Long Call Reserve (LCR) and Reserve Transparency | | |
| 25.L.4. | Crew Meal Breaks | | |
| 27.C. | Retiree Medical - future annual service cost | | |
| LOA 21 A.7 | STT Bidding in PBS | | |
| LOA 21.A 9. | FAA Medical Reimbursement | | |
| LOA 21.A.10. | Association Flight Pay Loss | | |
| LOA No. 26 | Hotel Buyout | | |
| Appendix | Co-Domiciles | | |
| | Total | $9,566,259 | $10,121,307 |

| One-time items | | | |
|---|---|---|---|
| 18.H. | Uniforms | | |
| 27.C. | Retiree Medical - Accumulated Postretirement Benefit Obligation | | |
| LOA 21 | LOA 21 - extended multi-class | | |
| 24 | LOA 28 - 12-04 | | |
| | Total one-time items | $498,634 | |