Exhibit 3

12-11343-reg    Doc 652-3    Filed 09/21/12    Entered 09/21/12 16:59:10    Exhibit 3
Pg 1 of 3

**COMPANY CALCULATION OF ANNUAL AVERAGE LABOR COST SAVINGS (PRELIMINARY)**

**AFA RESPONSE TO PINNACLE AIRLINES 1113(c) RESTRUCTURING PROPOSAL TO THE ASSOCIATION OF FLIGHT ATTENDANTS - CWA**
**SEPTEMBER 12, 2012**

<u>Flight Attendant savings summary</u>
<u>Average cost savings: 2013 - 2016; 2013 - 2018</u>

| Line item | 2013 - 2016 average | 2013 - 2018 average |
|---|---|---|
| Medical | $0 | $0 |
| 401(k) * | $73,331 | $50,163 |
| Wage Cut | $990,624 | $713,038 |
| Work Rules | $3,558,670 | $3,390,724 |
|  |  |  |
|  |  |  |
| Total | $4,622,625 | $4,153,925 |

Notes: * 401(k) savings reflect impact of pay changes to 401(k) cost

**COMPANY CALCULATION OF ANNUAL AVERAGE LABOR COST SAVINGS (PRELIMINARY)**

AFA RESPONSE TO PINNACLE AIRLINES 1113(c) RESTRUCTURING PROPOSAL TO THE ASSOCIATION OF FLIGHT ATTENDANTS - CWA
SEPTEMBER 12, 2012

**Flight Attendant Work Rule savings summary**
**Average cost savings: 2013 - 2016; 2013 - 2018**

| September 12, 2012 AFA Term Sheet reference | Description | 2013 - 2016 average | 2013 - 2018 average |
|---|---|---|---|
| 1 | Increase min days for part time FA's (6 -> 8) | | |
| 2 | No health insurance for grandfathered PT FAs | | |
| 4 | Co Domicile | | |
| 5 | 1 week of vacation unpaid | | |
| 6 | Decrease uniform maintenance allowance | | |
| 8 | Per Diem | | |
| 9 | Eliminate per diem for CDOs and one day turnarounds | | |
| 10 | Eliminate US customs pay | | |
| 11 | Deadhead | | |
| N/A | 45 minute report time | | |
| N/A | Management credit | | |
| N/A | Meal breaks | | |
| N/A | Bid period smoothing ("month balancing") | | |
| N/A | Special Assignment FA pay | | |
| N/A | Synergy savings | | |
| A.3. | Junior assignment and extension | | |
| A.4. | Zero paid holidays | | |
| A.5. | Recurrent training - pay but no credit | | |
| D.NCI.1. | Eliminate ESL - ASO cost | | |
| D.NCI.1. | Eliminate ESL - Premium cost | | |
| | Total | $3,558,670 | $3,390,724 |