Exhibit 3

12-11343-reg    Doc 655-3    Filed 09/21/12    Entered 09/21/12 17:12:23    Exhibit 3
Pg 1 of 2

**Pinnacle Airlines**
**DIP Budget - 13 Week Cash Flow Forecast**
**DIP Credit Agreement Section 4.1(a)**
**As of September 5, 2012**

