Exhibit 4

**Pinnacle Airlines**
**Adjusted Total Operating Expenses**
*($ in '000s)*

