Exhibit 5

confidential





As of 8/17/2012

confidential

confidential

**Project Pearl - Income Statement**



As of 8/17/2012

confidential

confidential

**Project Pearl - Income Statement**



As of 8/17/2012

confidential

confidential

**Project Pearl - Statement of Cash Flows**



As of 8/17/2012

confidential

confidential

**Project Pearl - Statement of Cash Flows**



As of 8/17/2012

confidential

confidential

**Project Pearl - Balance Sheet**



As of 8/17/2012

confidential

confidential

**Project Pearl - Balance Sheet**



As of 8/17/2012

confidential