Exhibit 6

12-11343-reg   Doc 655-6   Filed 09/21/12   Entered 09/21/12 17:12:23   Exhibit 6
Pg 1 of 2

**Pinnacle Airlines**
**Comparable Company Analysis**
*($ in millions)*

| Company | | Revenue 2013E | Cash [1] | Cash as % 2013E Rev. |
|---|---|---:|---:|---:|
| **U.S. Regional Carriers** | | | | |
| Republic | | $2,832 | $180 | 6.4% |
| Skywest | | 3,801 | 610 | 16.1% |
| | Mean: | $3,316 | $395 | 11.2% |
| | Median: | $3,316 | $395 | 11.2% |
| **U.S. Legacy Carriers** | | | | |
| Alaska | | $4,905 | $1,185 | 24.2% |
| American | | 25,566 | 4,980 | 19.5% |
| Delta | | 37,390 | 3,498 | 9.4% |
| United | | 39,034 | 7,704 | 19.7% |
| US Airways | | 14,257 | 2,515 | 17.6% |
| | Mean: | $24,230 | $3,976 | 18.1% |
| | Median: | $25,566 | $3,498 | 19.5% |
| **U.S. Low Cost Carriers** | | | | |
| Allegiant | | $1,086 | $372 | 34.3% |
| JetBlue | | 5,431 | 1,212 | 22.3% |
| Southwest | | 18,049 | 3,256 | 18.0% |
| Spirit | | 1,634 | 415 | 25.4% |
| | Mean: | $6,550 | $1,314 | 25.0% |
| | Median: | $3,533 | $813 | 23.9% |
| **Pinnacle** | | | ■■■ | ■■■ |

Notes:
1. Cash and cash equivalents as of 6/30/2012 for all companies other than Pinnacle.
Projected cash balance as of 3/31/2013 for Pinnacle assuming it achieves requested savings.