Exhibit 7

# Regional Airline Historical Equity Pricing



Source: Factset
1. ExpressJet Airlines merged with Atlantic Southeast Airlines in November, 2010.
2. On January 5, 2010, Mesa Air Group filed for Chapter 11 bankruptcy protection. The company emerged from bankruptcy protection on March 1, 2011, as a privately held company.
3. Pinnacle Airlines Corp. filed for Chapter 11 bankruptcy protection in April 2012.