Exhibit 10a

**Exhibit 10a**

**United**

## Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy
### Compared to Industry

*United entered bankruptcy 12/9/02, exited bankruptcy 2/1/06.*
*Pay cuts/restructuring began after bankruptcy filing.*

**Captain - Largest Narrowbody TOS Hourly Pay**

|  | Equipment | Prior To UA Rsx | 1st UA Rsx (Interim Pay Cut) 1/1/2003 | 2nd UA Rsx 5/1/2003 | 3nd UA Rsx 1/1/2005 |
|---|---|---|---|---|---|
| United | B757 | 242.55 | 172.21 | 169.79 | 149.75 |
| Alaska* | B737 | 181.95 | 181.95 | 189.23 | 196.80 |
| American | B757 | 195.64 | 195.64 | 149.68 | 163.76 |
| Continenta | B757 | 178.66 | 178.66 | 178.66 | 178.66 |
| Delta | B757 | 244.97 | 244.97 | 256.00 | 180.57 |
| Northwest | B757 | 208.49 | 208.49 | 208.49 | 186.97 |
| US Airways | B757 | 185.98 | 171.10 | 164.17 | 144.02 |
| United Rank in Peer Group |  | 2 | 6 | 5 | 6 |

*Notes
Alaska operates only B737 narrowbody aircraft.

F&H Solutions Group, September 2012
Data from Air Conference and Airline CBAs

**Exhibit 10a**

**United**
**Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy**
**Compared to Industry**

Exhibit 10b

**Exhibit 10b**

**United**

**Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy**

**Compared to Industry**

*United entered bankruptcy 12/9/02, exited bankruptcy 2/1/06.*
*Pay cuts/restructuring began after bankruptcy filing.*

**F/A - Domestic TOS Hourly Pay**

|  | Prior To UA Restructuring | 1st Restructuring (Interim Pay Cut) 12/31/2002 | 2nd Restructuring 5/1/2003 | 3nd Restructuring 1/7/2005 |
|---|---|---|---|---|
| United | 45.02 | 41.35 | 40.97 | 37.08 |
| Alaska* | 47.95 | 47.95 | 47.95 | 47.95 |
| American | 49.12 | 49.12 | 42.70 | 43.34 |
| Continental | 46.87 | 46.87 | 46.87 | 48.15 |
| Delta* | 43.78 | 43.78 | 43.78 | 44.60 |
| Northwest | 46.51 | 46.51 | 46.51 | 49.10 |
| US Airways East* | 40.24 | 40.24 | 38.23 | 32.43 |
|  |  |  |  |  |
| United Rank in Peer Group | 5 | 6 | 6 | 6 |

*Notes
Alaska - Trip rates have been converted to hourly rates on the basis of 1 trip = 52.66 minutes.
Delta - Maximum longevity premium included above: 7/1/04 - $0.80/hr, 1/1/05 - $0.72/hr.
US Airways East - 4/1/03 - $38.23/hr rate reflects temporary 5% pay deferral for Iraq war.

F&H Solutions Group, September 2012
Data from Air Conference and Airline CBAs

**Exhibit 10b**

**United**
**Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy**
**Compared to Industry**

F&H Solutions Group, September 2012
Data from Air Conference and Airline CBAs

Exhibit 11

Exhibit 11

# United
## Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy
### Compared to Industry

*United entered bankruptcy 12/9/02, exited bankruptcy 2/1/06.*
*Pay cuts/restructuring began after bankruptcy filing.*

**A&P Mechanic - TOS Hourly Pay Including Maximum License Premium**

|  | Prior To UA Rsx | 1st UA Rsx (Interim Pay Cut) 1/10/2003 | 2nd UA Rsx 5/1/2003 | 3nd UA Rsx 2/1/2005 |
|---|---|---|---|---|
| United* | 33.54 | 29.52 | 29.22 | 26.74 |
| Alaska* | 27.87 | 27.87 | 27.87 | 27.87 |
| American* | 34.52 | 34.52 | 30.25 | 30.63 |
| Continental* | 32.80 | 32.80 | 32.80 | 32.80 |
| Delta* | 33.47 | 33.47 | 33.47 | 30.13 |
| Northwest* | 33.39 | 33.39 | 33.39 | 35.44 |
| US Airways East* | 27.21 | 27.21 | 26.00 | 24.77 |
| United Rank in Peer Group | 2 | 5 | 5 | 6 |

*Notes
United - Maximum longevity premium included above: $0.30/hr 3/14/02, 1/10/03 and 5/1/03; $0.27/hr 2/1/05.
Alaska - Maximum longevity premium included above: $0.25/hr.
American - Maximum longevity premium included above: 3/1/02 - $0.30/hr.
Continental - Maximum longevity premium included above: $1.00/hr.
Delta - Maximum longevity premium included above: 3/16/02 - $0.45/hr, 1/1/05 - $0.41/hr .
Northwest - Maximum longevity premium included above: 5/11/02 and 5/11/04 - $0.25/hr.
US Airways East - Maximum longevity premium included above: 7/1/02 and 4/1/03 - $0.15/hr;
    $26.00/hr rate on 5/1/03 reflects temporary 5% pay deferral for Iraq war.

**Fleet Service - TOS Hourly Pay**

|  | Prior To UA Rsx | 1st UA Rsx (Interim Pay Cut) 1/10/2003 | 2nd UA Rsx 5/1/2003 | 3nd UA Rsx 1/6/2005 |
|---|---|---|---|---|
| United* | 23.69 | 20.27 | 20.65 | 18.55 |
| Alaska* | 19.70 | 20.80 | 20.80 | 20.80 |
| American* | 23.01 | 23.01 | 23.69 | 20.24 |
| Continental | 20.65 | 20.65 | 20.65 | 21.50 |
| Delta* | 21.77 | 21.77 | 21.77 | 19.58 |
| Northwest* | 20.35 | 20.35 | 20.35 | 20.35 |
| US Airways East* | 19.64 | 19.64 | 18.67 | 15.55 |
| United Rank in Peer Group | 1 | 6 | 4 | 6 |

*Notes
United - Maximum longevity premium included above: $0.30/hr  5/14/02, $0.15/hr 1/10/03, $0.30/hr 5/1/03; $0.27/hr 1/6/05
Alaska - Maximum longevity premium included above:  $0.20/hr.
American - Maximum longvity premium included above:  $0.30/hr.
Delta - Maximum longevity premium included above:  4/1/00 - $0.35/hr, 1/1/05 - $0.31/hr.
Northwest - Maximum longevity premium included above: $0.15/hr.
US Airways East - Maximum longevity premium included above:  $0.15/hr.
    $18.67/hr rate on 5/1/03 reflects temporary 5% pay deferral for Iraq war.

Exhibit 12

Exhibit 12

**Delta**
## Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy
## Compared to Industry

*Delta entered bankruptcy 9/14/05, exited bankruptcy 4/30/07.*
*Pay cuts/concessions began before bankruptcy filing.*

**Captain - Largest Widebody TOS Hourly Pay**

| | Equipment | Prior To DL Rsx | 1st Rsxt Prior to DL Bnk 12/1/2004 | 2nd Rsxt - After DL Bnk 12/15/2005 |
|---|---|---|---|---|
| Delta | B777 | 319.61 | 215.73 | 185.53 |
| Alaska* | -- | -- | -- | -- |
| American | B777 | 192.98 | 192.98 | 195.87 |
| Continental | B778 | 203.79 | 203.79 | 185.65 |
| Northwest* | B747 | 273.15 | 232.18 | 176.69 |
| United | B777 | 202.85 | 202.85 | 178.91 |
| US Airways East | A330 | 159.56 | 159.56 | 159.56 |
| Delta Rank in Peer Group | | 1 | 2 | 3 |

*Notes
Alaska operates no widebody aircraft.
Northwest's closest comparable aircraft was the 747-200.

**Captain - Largest Narrowbody TOS Hourly Pay**

| | Equipment | Prior To DL Rsx | 1st Rsxt Prior to DL Bnk 12/1/2004 | 2nd Rsxt - After DL Bnk 12/15/2005 |
|---|---|---|---|---|
| Delta* | B757 | 267.52 | 180.57 | 155.29 |
| Alaska* | B737 | 196.80 | 196.80 | 153.79 |
| American | B777 | 163.76 | 163.76 | 166.22 |
| Continental | B757 | 178.66 | 178.66 | 162.76 |
| Northwest | B757 | 219.96 | 186.97 | 142.28 |
| United | B757 | 169.72 | 169.72 | 149.75 |
| US Airways East | B757 | 144.02 | 144.02 | 144.02 |
| Delta Rank in Peer Group | | 1 | 3 | 3 |

*Notes
Alaska operates only B737 narrowbody aircraft.

F&H Solutions Group, September 2012
Data from Air Conference and Airline CBAs

**Exhibit 12**

**Delta**
**Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy**
**Compared to Industry**

**F/A - Domestic TOS Hourly Pay**

|  | Prior To DL Restructuring | 1st Restructuring Prior to DL BK 1/1/2005 | 2nd Restructuring After DL BK 11/1/2005 |
|---|---|---|---|
| Delta* | 49.56 | 44.60 | 39.49 |
| Alaska* | 42.09 | 42.09 | 42.09 |
| American | 43.34 | 43.34 | 43.99 |
| Continental | 48.15 | 48.15 | 48.15 |
| Northwest | 49.10 | 49.10 | 49.10 |
| United | 40.97 | 40.97 | 37.08 |
| US Airways East | 41.05 | 32.43 | 37.59 |
| Delta Rank in Peer Group | 1 | 3 | 5 |

*Notes
Delta - Maximum longevity premium included above: 7/1/04 - $0.80/hr, 1/1/05 - $0.72/hr.
Alaska - Trip rates have been converted to hourly rates on the basis of 1 trip = 52.66 minutes.

**A&P Mechanic - TOS Hourly Pay Including Maximum License Premium**

|  | Prior To DL Rsx | 1st Rsxt - Prior to Bnk 1/1/2005 | 2nd Rsxt - After Bnk 11/1/2005 |
|---|---|---|---|
| Delta* | 33.47 | 30.13 | 27.64 |
| Alaska* | 27.87 | 27.87 | 31.12 |
| American | 30.63 | 30.63 | 31.01 |
| Continental* | 32.80 | 32.80 | 31.51 |
| Northwest* | 35.44 | 35.44 | 26.53 |
| United* | 29.66 | 29.66 | 28.51 |
| US Airways East* | 22.50 | 22.50 | 24.77 |
| Delta Rank in Peer Group | 2 | 4 | 5 |

*Notes
Delta - Maximum longevity premium included above:  3/16/02 - $0.45/hr, 1/1/05 - $0.41/hr .
Alaska - Maximum longevity premium included above:  12/15/02 - $0.25/hr, 9/19/05 - $0.25/hr.
Continental - Maximum longevity premium included above:  $1.00/hr.
Northwest - Maximum longevity premium included above:  5/1/04 - 0.25/hr
United - Maximum longevity premium included above:  5/1/04 - $0.30/hr, 6/1/05 - $0.30/hr.
US Airways East - Maximum longevity premium included above:  10/18/04 - $0.15/hr.

Exhibit 12

**Delta**
**Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy**
**Compared to Industry**

**Fleet Service - TOS Hourly Pay**

| | Prior To DL Rsx | 1st Rsxt - Prior to Bnk 1/1/2005 | 2nd Rsxt - After Bnk 11/1/2005 |
|---|---|---|---|
| Delta* | 21.77 | 19.58 | 17.54 |
| Alaska* | 20.80 | 20.80 | 20.80 |
| American* | 20.24 | 20.24 | 20.54 |
| Continental | 21.50 | 21.50 | 19.40 |
| Northwest* | 20.35 | 20.35 | 20.35 |
| United* | 20.96 | 20.96 | 19.82 |
| US Airways East* | 15.55 | 15.55 | 17.00 |
| Delta Rank in Peer Group | 1 | 6 | 6 |

*Notes
Delta - Maximum longevity premium included above:  4/1/00 - $0.35/hr, 1/1/05 - $0.31/hr .
Alaska - Maximum longevity premium included above:  1/10/03 - $0.20/hr.
American - Maximum longevity premium included above:  $0.30/hr.
Northwest - Maximum longevity premium included above: $0.15/hr.
United - Maximum longevity premium included above:  5/1/04 - $0.30/hr, 7/1/05 - $0.30/hr.
US Airways East - Maximum longevity premium included above:  10/18/04 - $0.15/hr.

Exhibit 13

**Exhibit 13**

# Northwest
## Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy
## Compared to Industry

*Northwest entered bankruptcy 9/14/05, exited bankruptcy 5/31/07.*
*Pay cut(s) for Pilots and A&P Mechanics began prior to bankruptcy filing.*
*Pay cut for F/As and Fleet Service occurred after bankruptcy filing.*

**Captain - Largest Widebody TOS Hourly Pay**

|  | Equipment | Prior To NW Rsx | 1st Rsxt Prior to NW Bnk 12/1/2004 | 2nd Rsxt - After NW Bnk 11/16/2005 |
|---|---|---|---|---|
| Northwest* | B747 | 273.15 | 232.18 | 176.69 |
| Alaska* | -- | -- | -- | -- |
| American | B777 | 192.98 | 192.98 | 195.87 |
| Continental | B777 | 203.79 | 203.79 | 185.65 |
| Delta | B777 | 319.61 | 215.73 | 215.73 |
| United | B777 | 202.85 | 202.85 | 178.91 |
| US Airways East | A330 | 159.56 | 159.56 | 159.56 |
| Northwest Rank in Peer Group | | 2 | 1 | 5 |

*Notes
Alaska operates no widebody aircraft.
Northwest's closest comparable aircraft was the 747-200.

**Captain - Largest Narrowbody TOS Hourly Pay**

|  | Equipment | Prior To NW Rsx | 1st Rsxt Prior to NW Bnk 12/1/2004 | 2nd Rsxt - After NW Bnk 11/16/2005 |
|---|---|---|---|---|
| Northwest | B757 | 219.96 | 186.97 | 142.28 |
| Alaska* | B737 | 189.23 | 189.23 | 153.79 |
| American | B757 | 163.76 | 163.76 | 166.22 |
| Continental | B757 | 178.66 | 178.66 | 162.76 |
| Delta | B757 | 267.52 | 180.57 | 180.57 |
| United | B757 | 169.72 | 169.72 | 149.75 |
| US Airways East | B757 | 144.02 | 144.02 | 144.02 |
| Northwest Rank in Peer Group | | 2 | 2 | 7 |

*Notes
Alaska operates only B737 narrowbody aircraft.

F&H Solutions Group, September 2012
Data from Air Conference and Airline CBAs

**Exhibit 13**
## Northwest
## Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy
## Compared to Industry

**F/A - Domestic TOS Hourly Pay**

|  | Prior To NW Restructuring | NW Restructuring 11/16/2005 |
|---|---|---|
| NW | 49.10 | 38.94 |
| Alaska* | 47.95 | 47.95 |
| American | 43.99 | 43.99 |
| Continental | 48.15 | 48.15 |
| Delta | 39.49 | 39.49 |
| United | 37.08 | 37.08 |
| US Airways East | 37.59 | 37.59 |
| Northwest Rank in Peer Group | 1 | 5 |

*Notes

Alaska - Trip rates have been converted to hourly rates on the basis of 1 trip = 52.66 minutes.

Delta - Maximum longevity premium included above: 7/1/04 - $0.80/hr, 1/1/05 - $0.72/hr.

**A&P Mechanic - TOS Hourly Pay Including Maximum License Premium**

|  | Prior To NW Rsx | NW Rsx 8/20/2005 |
|---|---|---|
| Northwest* | 36.14 | 26.53 |
| Alaska* | 27.87 | 27.87 |
| American | 31.01 | 31.01 |
| Continental* | 31.51 | 31.51 |
| Delta* | 30.13 | 30.13 |
| United* | 28.51 | 28.51 |
| US Airways East | 24.77 | 24.77 |
| Northwest Rank in Peer Group | 1 | 6 |

*Notes

Northwest - Maximum longevity premium included above:  5/10/05 - $0.25/hr.

Alaska - Maximum longevity premium included above:   $0.25/hr.

Continental - Maximum longevity premium included above: $1.00/hr.

Delta - Maximum longevity premium included above: $0.41/hr.

United - Maximum longevity premium included above: $0.30/hr.

**Exhibit 13**

**Northwest**
**Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy**
**Compared to Industry**

**Fleet Service - TOS Hourly Pay**

|  | Prior To NW Rsx | NW Rsx 11/16/2005 |
|---|---|---|
| Northwest* | 20.35 | 16.51 |
| Alaska* | 20.80 | 20.80 |
| American* | 20.54 | 20.54 |
| Continental | 19.40 | 19.40 |
| Delta | 17.54 | 17.54 |
| United* | 19.82 | 19.82 |
| US Airways East* | 16.30 | 16.30 |
| Northwest Rank in Peer Group | 3 | 6 |

*Notes

Northwest - Maximum longevity premium included above: $0.15/hr.

Alaska - Maximum longevity premium included above: $0.20/hr.

American - Maximum longevity premium included above:  $0.30/hr.

United - Maximum longevity premium included above: $0.30/hr.

US Airways East - Rate shown is average of rate for Class I ($17.00) and Class II cities ($15.60).

Exhibit 14

**Exhibit 14**

**US Airways East**
**Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy**
**Compared to Industry**

*US Airways East entered first bankruptcy 8/11/02, exited first bankruptcy 3/31/03;*
*US Airways East entered second bankruptcy 9/12/04, exited second bankruptcy 9/27/05.*
*Pay cuts/concessions began before first bankruptcy filing.*

**Captain - Largest Widebody TOS Hourly Pay**

| | Equipment | Prior To US Rsx | 1st US Rsx 7/1/2002 | 2nd US Rsx 1/1/2003 | Temporary Wage Deferral for Iraq War 4/1/2003 | 3rd US Rsx 10/15/2004 |
|---|---|---|---|---|---|---|
| US Airways East* | A330 | 328.95 | 205.85 | 189.38 | 179.91 | 159.56 |
| Alaska* | -- | -- | -- | -- | -- | -- |
| American | B777 | 229.86 | 229.86 | 229.86 | 229.86 | 192.98 |
| Continental | B777 | 203.79 | 203.79 | 203.79 | 203.79 | 203.79 |
| Delta | B777 | 292.67 | 292.67 | 292.67 | 292.67 | 319.61 |
| Northwest* | B747 | 247.75 | 247.75 | 258.91 | 258.91 | 273.15 |
| United | B777 | 289.78 | 289.78 | 205.74 | 205.74 | 202.85 |
| US Airways East Rank in Peer Group | 1 | 5 | 6 | 6 | 6 |

*Notes
Alaska operates no widebody aircraft.
Northwest's closest comparable aircraft was the 747-200.

**Captain - Largest Narrowbody TOS Hourly Pay**

| | Equipment | Prior To US Rsx | 1st US Rsx 7/1/2002 | 2nd US Rsx 1/1/2003 | Temporary Wage Deferral for Iraq War 4/1/2003 | 3rd US Rsx 10/15/2004 |
|---|---|---|---|---|---|---|
| US Airways East* | B757 | 252.55 | 185.98 | 171.10 | 162.55 | 144.02 |
| Alaska* | B737 | 181.95 | 181.95 | 181.95 | 181.95 | 196.80 |
| American | B757 | 195.64 | 195.64 | 195.64 | 195.64 | 163.76 |
| Continental | B757 | 178.66 | 178.66 | 178.66 | 178.66 | 178.66 |
| Delta | B757 | 244.97 | 244.97 | 244.97 | 244.97 | 267.52 |
| Northwest | B757 | 199.51 | 199.51 | 208.49 | 208.49 | 219.96 |
| United | B757 | 242.55 | 242.55 | 172.21 | 172.21 | 169.79 |
| US Airways East Rank in Peer Group | 1 | 5 | 7 | 7 | 7 |

*Notes
Alaska operates only B737 narrowbody aircraft.

**Exhibit 14**

**US Airways East**
**Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy**
**Compared to Industry**

**F/A - Domestic TOS Hourly Pay**

| | Prior To US Restructuring | 1st Restructuring 7/1/2002 | 2nd Restructuring (Temp. Wage Deferral) 4/1/2003 | 3rd Restructuring 10/16/2004 |
|---|---|---|---|---|
| US Airways East* | 44.07 | 40.24 | 38.23 | 32.43 |
| Alaska* | 42.09 | 42.09 | 42.09 | 42.09 |
| American | 49.12 | 49.12 | 50.59 | 43.34 |
| Continental | 45.59 | 45.59 | 45.59 | 45.59 |
| Delta* | 43.78 | 43.78 | 43.78 | 44.60 |
| Northwest | 46.50 | 46.50 | 46.50 | 49.10 |
| United | 45.02 | 45.02 | 41.35 | 40.97 |
| | | | | |
| US Airways East Rank in Peer Group | 5 | 7 | 7 | 7 |

*Notes
US Airways East - Maximum longevity premium included above:  11/1/01 - $0.14/hr ($12/month).
Alaska - Trip rates have been converted to hourly rates on the basis of 1 trip = 52.66 minutes.
Delta - Maximum longevity premium included above:  7/1/04 - $0.80/hr, 1/1/05 - $0.72/hr.

**A&P Mechanic - TOS Hourly Pay Including Maximum License Premium**

| | Prior To US Rsx | 1st US Rsx 7/1/2002 | Temporary Wage Deferral for Iraq War 4/1/2003 | 2nd US Rsx 10/18/2004 |
|---|---|---|---|---|
| US Airways East* | 28.98 | 27.21 | 26.00 | 22.50 |
| Alaska* | 26.09 | 26.09 | 27.87 | 27.87 |
| American* | 34.52 | 34.52 | 34.91 | 30.63 |
| Continental* | 30.22 | 30.22 | 32.80 | 32.80 |
| Delta* | 33.47 | 33.47 | 33.47 | 33.47 |
| Northwest* | 33.39 | 33.39 | 33.39 | 35.44 |
| United* | 33.54 | 33.54 | 29.52 | 29.66 |
| | | | | |
| US Airways East Rank in Peer Group | 6 | 6 | 7 | 7 |

*Notes
US Airways East - Maximum longevity premium included above:  $0.15/hr.
Alaska - Maximum longevity premium included above:  $0.25/hr.
American - Maximum longevity premium included above:  3/1/02 , 3/1/03 - $0.30/hr.
Continental - Maximum longevity premium included above:  1/3/03 - $1.00/hr.
Delta - Maximum longevity premium included above: $0.45/hr.
Northwest - Maximum longevity premium included above:  $0.25/hr.
United - Maximum longevity premium included above:  $0.30/hr.

**Exhibit 14**

**US Airways East**
**Top of Scale (TOS) Pay Rates Pre- and Post- Bankruptcy**
**Compared to Industry**

**Fleet Service - TOS Hourly Pay**

|  | Prior To US Rsx | 1st US Rsx 7/1/2002 | Temporary Wage Deferral for Iraq War 4/1/2003 | 2nd US Rsx 10/18/2004 |
|---|---|---|---|---|
| US Airways East* | 21.34 | 19.64 | 18.67 | 15.55 |
| Alaska* | 19.70 | 19.70 | 20.80 | 20.80 |
| American* | 23.01 | 23.01 | 23.69 | 20.24 |
| Continental | 20.00 | 20.65 | 20.65 | 21.50 |
| Delta* | 21.77 | 21.77 | 21.77 | 21.77 |
| Northwest* | 19.86 | 19.86 | 20.35 | 20.35 |
| United* | 23.69 | 23.69 | 20.27 | 20.96 |
| US Airways East Rank in Peer Group | 4 | 7 | 7 | 7 |

*Notes

US Airways East - Maximum longevity premium included above: $0.15/hr.

Alaska - Maximum longevity premium included above:  $0.20/hr.

American - Maximum longevity premium included above:  $0.30/hr.

Delta - Maximum longevity premium included above:  $0.35/hr.

Northwest - Maximum longevity premium included above:  $0.15/hr.

United - Maximum longevity premium included above: 5/14/02 - $0.30/hr, 1/10/03 - $0.15/hr, 5/1/04 - $0.30/hr.

Exhibit 15

**Exhibit 15**

## Selected Mainline Pilot Work Rules– Pre- and Post-Bankruptcy

### Delta

- ●Entered BK September 14, 2005
- ●Exited BK April 30, 2007

- ●Restructuring began with LOA 46 in December 2004
- ●Last Restructuring was LOA 51 in April 2006

| Provision | Prior to Restructuring | Post Restructuring |
|---|---|---|
| Duty Rig | 1:2 / 1:1.75<br><br>[2001-2005 **CBA §12.M**] | No change |
| Trip Rig | 1:3.5<br><br>[2001-2005 **CBA §12.N**] | No change |
| Min Day Rig | Variable, between 4-6 hrs<br>5 hr average<br><br>[2001-2005 **CBA §12.J**] | 5:15 average<br><br>[2006-2010 **CBA §12.J**] |
| Min Guarantee | LH – Cap minus 10 hrs<br><br>Res – Cap minus 5 hrs<br><br>[2001-2005 **CBA §4.B; §4.D**] | LH – 65 hrs<br><br>Res – 70 hrs<br><br>[2006-2010 **CBA §4.B; §4.C**] |
| Monthly Scheduling Max | 75 hrs<br>(80 hrs in flex month)<br><br>[2001-2005 **CBA §12.B**] | 89.5 hrs<br><br>[2006-2010 **CBA §22.C; §23.A.22; §23.A.2**] |
| Vacation Pay – LH | Trips missed<br><br>[2001-2005 **CBA §7.G.1**] | 3:00/day<br><br>[2006-2010 **CBA §7.G.1**] |

**Exhibit 15**

## Selected Mainline Pilot Work Rules– Pre- and Post-Bankruptcy

### <u>Northwest</u>

- **Entered BK September 14, 2005**
- **Exited BK May 31, 2007**

- **Restructuring began in October 2004**
- **Last Restructuring was in March 2006**

| Provision | Prior to Restructuring | Post Restructuring |
|---|---|---|
| Duty Rig | 1:2 / 1:1.75<br><br>[1998-2002 CBA §4.B] | 1:2<br><br>[2006 Restructuring; Attachment A] |
| Trip Rig | 1:3.5<br><br>[1998-2002 CBA §4.B] | 1:3.75<br><br>[2006 Restructuring; Attachment A] |
| Min Day Rig | 4:15<br><br>[1998-2002 CBA §4.B] | 4:15 single duty period<br>5:00 average<br><br>[2006 Restructuring; Attachment A] |
| Min Guarantee | LH – Cap minus 12 hrs<br><br>Res – Cap minus 5 hrs (min 75 hrs)<br><br>[1998-2002 CBA §4.A] | LH – 68 hrs<br><br>Res – 75 hrs<br><br>[2006 Restructuring; Attachment A] |
| Monthly Scheduling Max | 75 to 81 hrs<br>(84 hrs in flex month)<br><br>[1998-2002 CBA §12.B] | 80 to 88 hrs<br>(90 hrs in flex month)<br><br>[2006 Restructuring; Attachment A] |
| Vacation Pay – LH | 3:30/day<br><br>[1998-2002 CBA §7.D] | 2:48/day<br><br>[2006 Restructuring; Attachment A] |

**Exhibit 15**

## Selected Mainline Pilot Work Rules– Pre- and Post-Bankruptcy

### <u>United</u>

- ●**Entered BK December 9, 2002**
- ●**Exited BK February 1, 2006**

- ●**Restructuring began in December 2002**
- ●**Last Restructuring was LOA 05-02 in June 2005**

| Provision | Prior to Restructuring | Post Restructuring |
|---|---|---|
| Duty Rig | 1:2 / 1:1.75<br><br>[2000-2004 CBA §5.G.3] | Widebody – 1:2 / 1:1.75<br>Narrowbody – No duty rig<br><br>[2003 Restructuring Attachment D] |
| Trip Rig | 1:3.5<br><br>[2000-2004 CBA §5.G.3] | Widebody – 1:4<br>Narrowbody – No trip rig<br><br>[2003 Restructuring Attachments C & D] |
| Min Day Rig | 5 hrs average<br><br>[2000-2004 CBA §5.G.3] | Widebody – 5 hrs average<br>Narrowbody – Monthly "lookback" at 5 hrs average (trips actually flown, DH or standby) or 4.5 hrs (per day worked (flying, sick, standby)<br><br>[2003 Restructuring Attachment D] |
| Min Guarantee | 75 hrs<br>(77 hrs in flex month)<br><br><br>[2000-2004 CBA §3.B.4] | LH – 65 hrs<br>Res – 70 hrs<br><br>[2003 Restructuring Attachments A & D] |
| Monthly Scheduling Max | 81 hrs<br>(83 hrs in flex month)<br><br>[2000-2004 CBA §20.C.1.f] | Widebody – 89 hrs<br>Narrowbody – 95 hrs<br><br>[2003 Restructuring Attachments C & D] |
| Vacation Pay – LH | Trips missed<br><br>[2000-2004 CBA §11.C; §5.E.2] | 2:48/day<br><br>[2003 Restructuring "Vacation Override] |

**Exhibit 15**

## Selected Mainline Pilot Work Rules– Pre- and Post-Bankruptcy

### US Airways

- ●Entered BK1 August 11, 2002
- ●Exited BK1 March 31, 2003
- ●Entered BK2 September 12, 2004
- ●Exited BK2 September 27, 2005

- ●Restructuring began in July 2002
- ●Last Restructuring was LOA 93 in October 2004

| Provision | Prior to Restructuring | Post Restructuring |
|-----------|------------------------|--------------------|
| Duty Rig | 1:2 / 1:1.75 <br><br> [1998-2003 CBA §12.J] | 1:2.25 / 1:2 <br><br> [LOA 84 Attachment A] |
| Trip Rig | 1:3.5 <br><br> [1998-2003 CBA §12.J] | No change |
| Min Day Rig | Variable, between 4-6 hrs <br> 5 hr average <br><br> [1998-2003 CBA §12.J] | 5 hrs average <br><br> [LOA 84 Attachment A] |
| Min Guarantee | LH – 71 hrs <br> Regular Res – 72 hrs <br> Short Call Res – 76 hrs <br><br> [1998-2003 CBA §4] | No change |
| Monthly Scheduling Max | 85 hrs <br> (Limited flex with concurrence) <br><br> [1998-2003 CBA §12.A; §25.B; Ltr 11] | 85 / 90 / 95 hrs <br><br> [LOA 93 "Work Rules"] |
| Vacation Pay – LH | 7+ days – 4:00/day <br> <7 days – 2:50/day <br><br> [1998-2003 CBA §7.C] | 3:45/day <br><br> [LOA 93 "Vacation"] |

Exhibit 16

**Exhibit 16**

## Pilot Defined Benefit Plans – Pre- and Post-Bankruptcy

| Provision | Prior to Restructuring | Post Restructuring |
|---|---|---|
| Delta | Yes<br><br>[2001-2005 **CBA §26.A**] | Terminated<br><br>[2006-2010 **CBA §26.A**] |
| Northwest | Yes<br><br>[1998-2002 CBA Letter 30] | Frozen[1] |
| United | Yes<br><br>[2000-2004 CBA LOA 91-13; LOA 00-18] | Terminated[2] |
| US Airways | Yes<br><br>[1998-2003 CBA §28] | Terminated |

---

[1] Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Approval of Compromise and for Relief Under Section 1113(c) of the Bankruptcy Code and Approval of Agreements with the Airline Pilots Association, International ("ALPA") at 6 ¶ 13, In re Northwest Airlines Corp., No. 05-17930-alg (S.D.N.Y. May 31, 2006)

[2] Debtors' Emergency Motion to Approve Agreement with PBGC at 1 ¶ 1, In re UAL Corp., No. 02-B-48191 (N.D. Il. Apr. 26, 2005)

Exhibit 17

**METHODOLOGY TO APPORTION REQUIRED SAVINGS BETWEEN WORK GROUPS - MAY 18TH ASK**

|  | Pilots | Flight Attendants | Dispatchers | Salaried | Hourly |
|---|---|---|---|---|---|
| **Step 1. Pinnacle contract provision mark-to-market** | | | | | |
| **Wages** | | | | | |
| Pinnacle base wage-related costs per year | $153,208,398 | $29,587,653 | $2,416,811 | $34,739,163 | $32,839,991 |
| % wage-related costs are above (below) DCI average (in 2013) | 6.0% | (0.5%) | (2.6%) - | | (1.2%) |
| Value of cost disadvantage (advantage) vs. DCI average | $9,192,504 | ($147,938) | ($62,683) - | | ($394,080) |
| **Work rules** | | | | | |
| Value of work rule disadvantage (advantage) vs. DCI carriers | $6,904,721 | $233,241 | | | |
| **Component of total 'ask' from mark-to-market** | **$16,097,225** | **$85,303** | **($62,683)** | **$0** | **($394,080)** |
| | | | | | |
| **Step 2. Equitable distribution of additional savings according to relative size of cost base** | | | | | |
| Total additional ask required after mark-to-market* | $17,094,673 | $3,497,869 | $294,022 | $4,369,376 | $4,898,098 |
| Pinnacle cost base (SW&B all-in) per year | $181,385,538 | $38,328,539 | $3,182,979 | $42,075,696 | $39,552,303 |
| **Additional ask as % of cost base** | **9.4%** | **9.1%** | **9.2%** | **10.4%** | **12.4%** |
| Total ask excluding recent concessions | $33,191,898 | $3,583,172 | $231,339 | $2,769,376 | $2,804,018 |
| **% of total ask** | **78.0%** | **8.4%** | **0.5%** | **6.5%** | **6.6%** |

*\* Includes recent concessions for Salaried and Hourly*

Exhibit 18

# Pilot Pay Comparison – Pinnacle Current vs OALs
## (CRJ900 and Comparable Equipment)

### Captain

| Airline | Pinnacle | ExpressJet - CRJ (Formerly ASA) | Comair* | Compass | GoJet* | Republic* | SkyWest* | DCI Avg | Pinnacle vs. DCI Avg (H/(L)) |
|---|---|---|---|---|---|---|---|---|---|
| Union | ALPA | ALPA | ALPA | ALPA | IBT | IBT | | | |
| Amend. Date | 2/18/2016 | 11/20/2011 | 3/1/2011 | 4/1/2013 | 1/19/2013 | 10/17/2007 | | | |
| Effective Date | 12/1/2011 | 11/20/2010 | 1/1/2011 | 6/1/2012 | 7/19/2012 | 10/1/2007 | | | |
| Fleet | CRJ 900 | CRJ 700-900 | CRJ 900 | E175 | CRJ 700 | E175/190 | | | |
| Start | 67.29 | 63 27 | 61.91 | 64.92 | 64.64 | 64 39 | | 63.92 | 5.3% |
| 2 | 69.32 | 65 24 | 63.83 | 67.07 | 66.22 | 68.17 | | 66.25 | 4.6% |
| 3 | 71.40 | 67 24 | 65.79 | 69.34 | 67.85 | 72 80 | | 68.85 | 3.7% |
| 4 | 73.53 | 69 33 | 67.85 | 71.48 | 69.51 | 75 07 | | 70.88 | 3.7% |
| 5 | 75.74 | 71.48 | 69.94 | 73.66 | 71.21 | 77 38 | | 73.00 | 3.7% |
| 6 | 78.01 | 73.69 | 72.09 | 75.92 | 73.33 | 79.78 | | 75.24 | 3.7% |
| 7 | 80.36 | 75 95 | 74.33 | 78.08 | 75.56 | 82 24 | | 77.55 | 3.6% |
| 8 | 82.77 | 78 30 | 76.64 | 80.47 | 77.86 | 84.79 | | 79.87 | 3.6% |
| 9 | 85.25 | 81.47 | 79.71 | 83.18 | 80.23 | 87.40 | | 82.66 | 3.1% |
| 10 | 87.82 | 84.74 | 82.93 | 85.98 | 82.69 | 90.13 | | 85.55 | 2.7% |
| 11 | 90.44 | 87 37 | 85.49 | 88.60 | 85.20 | 92 90 | | 88.16 | 2.6% |
| 12 | 93.15 | 90 06 | 88.13 | 91.35 | 88.00 | 96 20 | | 91.04 | 2.3% |
| 13 | 95.95 | 92 86 | 90.86 | 94.11 | 90.48 | 98.74 | | 93.68 | 2.4% |
| 14 | 98.81 | 95.72 | 93.67 | 96.97 | 93.24 | 101.80 | | 96.60 | 2.3% |
| 15 | 101.78 | 98.68 | 96.56 | 99.70 | 96.96 | 104.95 | | 99.64 | 2.1% |
| 16 | 103.54 | 101.65 | 99.46 | 102.26 | 96.96 | 108.09 | | 102.05 | 1.5% |
| 17 | 105.31 | 104.68 | 102.45 | 104.72 | 96.96 | 110.79 | | 104.38 | 0.9% |
| 18 | 107.32 | 107.83 | 105.57 | 107.17 | 96.96 | 113.56 | | 106.77 | 0.5% |
| 19 | 108.06 | 107.83 | 105.57 | 107.17 | 96.96 | 116.41 | | 107.53 | 0.5% |
| 20 | 108.89 | 107.83 | 105.57 | 107.17 | 96.96 | 119.32 | | 108.39 | 0.5% |

### First Officer

| | Pinnacle | ExpressJet - CRJ (Formerly ASA) | Comair* | Compass | GoJet* | Republic* | SkyWest* | DCI Avg | Pinnacle vs. DCI Avg (H/(L)) |
|---|---|---|---|---|---|---|---|---|---|
| Start | 26.70 | 23 23 | 23.00 | 24.91 | 24.78 | 22 95 | | 23.48 | 13.7% |
| 2 | 36.99 | 39.14 | 38.09 | 36.19 | 32.32 | 30 88 | | 36.02 | 2.7% |
| 3 | 39.53 | 40 34 | 39.24 | 38.50 | 36.63 | 35 52 | | 38.69 | 2.2% |
| 4 | 41.16 | 41 59 | 40.47 | 40.07 | 37.70 | 36.62 | | 39.94 | 3.1% |
| 5 | 42.45 | 42 88 | 41.72 | 41.10 | 37.70 | 36.62 | | 40.77 | 4.1% |
| 6 | 43.84 | 44 21 | 43.01 | 42.10 | 37.70 | 36.62 | | 41.59 | 5.4% |
| 7 | 45.53 | 45 57 | 44.34 | 43.06 | 37.70 | 36.62 | | 42.43 | 7.3% |
| 8 | 46.71 | 46 98 | 45.72 | 43.93 | 37.70 | 36.62 | | 43.28 | 7.9% |
| 9 | 46.71 | 46 98 | 45.72 | 44.12 | 37.70 | 36.62 | | 43.31 | 7.9% |
| 10 | 46.71 | 46 98 | 45.72 | 44.25 | 37.70 | 36.62 | | 43.33 | 7.8% |

| Future Increases | 12/1/12 - 3.0% 12/1/13 - 2.0% 12/1/14 - 2.0% 12/1/15 - 2.0% | None | None | None | None | None | | | |
|---|---|---|---|---|---|---|---|---|---|

*NOTES

Comair - 71-76 seat pay rates apply only to CRJ-900/705, EMB-170/175 with maximum of 76 seats. If Comair intends to operate any of hese aircraft wi h >76 seats,
   the pay rates will be renego iated.
GoJet - GoJet provides rates for 55-80 seat range, but they do not fly the equiptment.
Republic Airways CBA covers pilots for Republic Airlines, Chautauqua Airlines, Shuttle America and former Lynx Aviation

Exhibit 19

Exhibit 19

12-11343-... Pilot Pay Comparison - Pinnacle Entered vs All Comparators Exhibit 10
(CRJ900 and comparable equipment)
through 20 - Pg 33 of 35

## Captain

| Airline | Pinnacle | ExpressJet - CRJ (Formerly ASA) | Comair* | Compass | GoJet* | Mesa | Republic* | SkyWest* | Trans States | OA Avg | Pinnacle vs. OA Avg (H/(L)) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Union | ALPA | ALPA | ALPA | ALPA | IBT | ALPA | IBT | ■ | ALPA | | |
| Amend. Date | 2/18/2016 | 11/20/2011 | 3/1/2011 | 4/1/2013 | 1/19/2013 | 12/10/2010 | 10/17/2007 | ■ | 7/1/2015 | | |
| Effective Date | 12/1/2011 | 11/20/2010 | 1/1/2011 | 6/1/2012 | 7/19/2012 | 1/1/2010 | 10/1/2007 | ■ | 8/1/2011 | | |
| Fleet | CRJ 900 | CRJ 700-900 | CRJ 900 | E175 | CRJ 700 | CRJ 900 | E175/190 | ■ | 51-78 Seat Turbojet | | |
| Start | 67.29 | 63.27 | 61.91 | 64.92 | 64.64 | 61.44 | 64.39 | ■ | 63.56 | 63.57 | 5.9% |
| 2 | 69.32 | 65.24 | 63.83 | 67.07 | 66.22 | 63.32 | 68.17 | | 66.05 | 65.86 | 5.3% |
| 3 | 71.40 | 67.24 | 65.79 | 69.34 | 67.85 | 65.24 | 72.80 | | 68.43 | 68.35 | 4.5% |
| 4 | 73.53 | 69.33 | 67.85 | 71.48 | 69.51 | 67.21 | 75.07 | | 70.70 | 70.40 | 4.4% |
| 5 | 75.74 | 71.48 | 69.94 | 73.66 | 71.21 | 69.25 | 77.38 | | 72.81 | 72.51 | 4.5% |
| 6 | 78.01 | 73.69 | 72.09 | 75.92 | 73.33 | 71.30 | 79.78 | | 75.02 | 74.72 | 4.4% |
| 7 | 80.36 | 75.95 | 74.33 | 78.08 | 75.56 | 73.06 | 82.24 | | 77.13 | 76.94 | 4.4% |
| 8 | 82.77 | 78.30 | 76.64 | 80.47 | 77.86 | 75.30 | 84.79 | | 79.43 | 79.24 | 4.5% |
| 9 | 85.25 | 81.47 | 79.71 | 83.18 | 80.23 | 77.60 | 87.40 | | 82.10 | 81.96 | 4.0% |
| 10 | 87.82 | 84.74 | 82.93 | 85.98 | 82.69 | 79.95 | 90.13 | | 84.83 | 84.76 | 3.6% |
| 11 | 90.44 | 87.37 | 85.49 | 88.60 | 85.20 | 82.32 | 92.90 | | 87.38 | 87.33 | 3.6% |
| 12 | 93.15 | 90.06 | 88.13 | 91.35 | 88.00 | 84.82 | 96.20 | | 90.14 | 90.15 | 3.3% |
| 13 | 95.95 | 92.86 | 90.86 | 94.11 | 90.48 | 87.37 | 98.74 | | 92.80 | 92.78 | 3.4% |
| 14 | 98.81 | 95.72 | 93.67 | 96.97 | 93.24 | 90.02 | 101.80 | | 95.65 | 95.66 | 3.3% |
| 15 | 101.78 | 98.68 | 96.56 | 99.70 | 96.96 | 92.26 | 104.95 | | 98.32 | 98.56 | 3.3% |
| 16 | 103.54 | 101.65 | 99.46 | 102.26 | 96.96 | 94.56 | 108.09 | | 100.40 | 100.90 | 2.6% |
| 17 | 105.31 | 104.68 | 102.45 | 104.72 | 96.96 | 96.93 | 110.79 | | 102.35 | 103.20 | 2.0% |
| 18 | 107.32 | 107.83 | 105.57 | 107.17 | 96.96 | 99.35 | 113.56 | | 104.48 | 105.56 | 1.7% |
| 19 | 108.06 | 107.83 | 105.57 | 107.17 | 96.96 | 101.84 | 116.41 | | 104.48 | 106.44 | 1.5% |
| 20 | 108.89 | 107.83 | 105.57 | 107.17 | 96.96 | 104.39 | 119.32 | | 104.48 | 107.40 | 1.4% |

## First Officer

| | Pinnacle | ExpressJet - CRJ | Comair* | Compass | GoJet* | Mesa | Republic* | SkyWest* | Trans States | OA Avg | Pinnacle vs. OA Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Start | 26.70 | 23.23 | 23.00 | 24.91 | 24.78 | 22.18 | 22.95 | ■ | 24.30 | 23.42 | 14.0% |
| 2 | 36.99 | 39.14 | 38.09 | 36.19 | 32.32 | 29.71 | 30.88 | | 35.63 | 35.19 | 5.1% |
| 3 | 39.53 | 40.34 | 39.24 | 38.50 | 36.63 | 33.14 | 35.52 | | 38.21 | 37.94 | 4.2% |
| 4 | 41.16 | 41.59 | 40.47 | 40.07 | 37.70 | 34.56 | 36.62 | | 39.89 | 39.26 | 4.8% |
| 5 | 42.45 | 42.88 | 41.72 | 41.10 | 37.70 | 35.59 | 36.62 | | 40.81 | 40.13 | 5.8% |
| 6 | 43.84 | 44.21 | 43.01 | 42.10 | 37.70 | 36.43 | 36.62 | | 41.64 | 40.95 | 7.1% |
| 7 | 45.53 | 45.57 | 44.34 | 43.06 | 37.70 | 36.92 | 36.62 | | 42.43 | 41.74 | 9.1% |
| 8 | 46.71 | 46.98 | 45.72 | 43.93 | 37.70 | 37.43 | 36.62 | | 43.07 | 42.52 | 9.9% |
| 9 | 46.71 | 46.98 | 45.72 | 44.12 | 37.70 | 37.96 | 36.62 | | 43.07 | 42.61 | 9.6% |
| 10 | 46.71 | 46.98 | 45.72 | 44.25 | 37.70 | 37.96 | 36.62 | | 43.07 | 42.63 | 9.6% |

| Future Increases | 12/1/12 - 3.0% 12/1/13 - 2.0% 12/1/14 - 2.0% 12/1/15 - 2.0% | None | None | None | None | None | None | ■ | 8/1/13 - 1.5% 8/1/14 - 1.5% 8/1/15 - 1.5% |

*NOTES
Skywest - ■

Comair - 71-76 seat pay rates apply only to CRJ-900/705, EMB-170/175 with maximum of 76 seats. If Comair intends to operate any of these aircraft with >76 seats, the pay rates will be renegotiated.
GoJet - GoJet provides rates for 55-80 seat range, but they do not fly the eiquptment.
Republic Airways CBA covers pilots for Republic Airlines, Chautauqua Airlines, Shuttle America and former Lynx Aviation

Exhibit 20

## Pilot Pay Comparison: Pinnacle Current vs DCI Carriers
### (CRJ200 and comparable equipment)

**Captain**

| Airline | Pinnacle | ExpressJet - CRJ (Formerly ASA) | Comair* | Republic* | SkyWest | DCI Avg | Pinnacle vs. DCI Avg (H/(L)) |
|---|---|---|---|---|---|---|---|
| Union | ALPA | ALPA | ALPA | IBT | ██ | | |
| Amend. Date | 2/18/2016 | 11/20/2011 | 3/1/2011 | 10/17/2007 | ██ | | |
| Effective Date | 12/1/2011 | 11/20/2010 | 3/2/2010 | 10/1/2007 | ██ | | |
| Fleet | CRJ 200 | CRJ 200 | CRJ - 200, EMB-140/145 | EMB145 | ██ | | |
| Start | 62.86 | 56.95 | 58.18 | 55.74 | ██ | 57.63 | 9.1% |
| 2 | 64.75 | 60.22 | 59.98 | 59 03 | ██ | 60.31 | 7.4% |
| 3 | 66.70 | 64.31 | 61.81 | 63 04 | ██ | 63.51 | 5.0% |
| 4 | 68.70 | 66.32 | 63.76 | 65 00 | ██ | 65.45 | 5.0% |
| 5 | 70.74 | 68.35 | 65.72 | 66 99 | ██ | 67.48 | 4.8% |
| 6 | 72.88 | 70.47 | 67.75 | 69 07 | ██ | 69.56 | 4.8% |
| 7 | 75.07 | 72.65 | 69.84 | 71 21 | ██ | 71.75 | 4.6% |
| 8 | 77.31 | 74.89 | 72.01 | 73 41 | ██ | 73.86 | 4.7% |
| 9 | 79.63 | 77.19 | 74.23 | 75.66 | ██ | 76.21 | 4.5% |
| 10 | 82.02 | 79.61 | 76.53 | 78 03 | ██ | 78.64 | 4.3% |
| 11 | 84.48 | 82.07 | 78.90 | 80.45 | ██ | 81.05 | 4.2% |
| 12 | 87.01 | 84.97 | 81.33 | 83 29 | ██ | 83.81 | 3.8% |
| 13 | 89.62 | 87.21 | 83.85 | 85.49 | ██ | 86.14 | 4.0% |
| 14 | 92.32 | 89.91 | 86.45 | 88.13 | ██ | 88.85 | 3.9% |
| 15 | 95.09 | 92.70 | 89.11 | 90 86 | ██ | 91.55 | 3.9% |
| 16 | 97.94 | 95.48 | 91.79 | 93 59 | ██ | 94.26 | 3.9% |
| 17 | 100.88 | 97.86 | 94.54 | 95 92 | ██ | 96.78 | 4.2% |
| 18 | 103.91 | 100.30 | 97.43 | 98 32 | ██ | 99.37 | 4.6% |
| 19 | 103.91 | 100.30 | 97.43 | 100.78 | ██ | 100.38 | 3.5% |
| 20 | 103.91 | 100.30 | 97.43 | 103.30 | ██ | 101.53 | 2.3% |

**First Officer**

| Airline | Pinnacle | ExpressJet - CRJ (Formerly ASA) | Comair* | Republic* | SkyWest | DCI Avg | Pinnacle vs. DCI Avg (H/(L)) |
|---|---|---|---|---|---|---|---|
| Start | 26.70 | 23.23 | 23.00 | 22 95 | ██ | 22.80 | 17.1% |
| 2 | 34.72 | 36.13 | 35.87 | 30 88 | ██ | 34.87 | (0.4%) |
| 3 | 37.85 | 38.58 | 36.97 | 35 52 | ██ | 37.47 | 1.0% |
| 4 | 39.86 | 39.79 | 38.11 | 36.62 | ██ | 38.63 | 3.2% |
| 5 | 41.10 | 41.01 | 39.29 | 36.62 | ██ | 39.56 | 3.9% |
| 6 | 42.22 | 42.28 | 40.52 | 36.62 | ██ | 40.48 | 4.3% |
| 7 | 43.42 | 43.59 | 41.78 | 36.62 | ██ | 41.45 | 4.8% |
| 8 | 44.36 | 43.59 | 43.05 | 36.62 | ██ | 42.09 | 5.4% |
| 9 | 44.36 | 43.59 | 43.05 | 36.62 | ██ | 42.09 | 5.4% |

| Future Increases | 12/1/12 - 3.0%  12/1/13 - 2.0%  12/1/14 - 2.0%  12/1/15 - 2.0% | None | | None | ██ | | |

*NOTES

Skywest - ██████████████████████████████████████████████████

Comair - 71-76 seat pay rates apply only to CRJ-900/705, EMB-170/175 with maximum of 76 seats. If Comair intends to operate any of these aircra he pay rates will be renegotiated.

GoJet - GoJet provides rates for 55-80 seat range, but they do not fly the equiptment.

Republic Airways CBA covers pilots for Republic Airlines, Chautauqua Airlines, Shuttle America and former Lynx Avia ion