Hearing Date: Oct. 16, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PINNACLE AIRLINES CORP., *et al.*, | Case No. 12-11343 (REG) |
| | (Jointly Administered) |
| Debtors. | |

**CORRECTIONS TO BRIEF AND DECLARATIONS OF VIRGINIA L. HUGHES AND MARK SHAPIRO IN SUPPORT OF DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS WITH THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL AND THE ASSOCIATION OF FLIGHT ATTENDANTS-CWA PURSUANT TO 11 U.S.C. § 1113**

| Brief or Declarant | Page/¶ | Text | Correction |
|---|---|---|---|
| Brief | 6/A (third para.) | Declaration of Daniel M. Kasper, dated September 13, 2012 ("Kasper Decl.") ¶ 32 | *See generally* Declaration of Daniel M. Kasper, dated September 13, 2012 ("Kasper Decl.") ¶¶ 29-36 |
| | 7/A (first para.) | Kasper Decl. ¶ 15 | *See generally* Kasper Decl. ¶¶ 7-19 |
| | 7/A (second para.) | *Id.* ¶ 16 | *See generally Id.* ¶¶ 16, 29-56 |
| | 7/n.2 | ". . . compensation varies depending on ticket sales." | ". . . compensation varies depending on ticket sales. (Kasper Decl. ¶ 40.)" |
| | 8/A (first para.) | *Id.* ¶¶ 17-18, 50 | *See generally Id.* ¶¶ 16-18, 27, 29-56 |
| | 9/A (first para.) | ("Hughes Decl.") ¶¶ 33-38, & Ex. 11 | ("Hughes Decl.") ¶¶ 34-39 |
| | 9/B (second para.) | Hughes Decl. ¶¶ 33-34; Kasper Decl. ¶¶ 19-20, 49-51 | Hughes Decl. ¶¶ 34-35; Kasper Decl. ¶¶ 19-20, 49-51, 80 |
| | 10/B (last para.) | Hughes Decl. ¶ 11 | Hughes Decl. ¶ 36 |
| | 10/n.7 | Hughes Decl. Ex. 2 | Hughes Decl. Ex. 8 |
| | 11/B (first para.) | Hughes Decl. ¶¶ 35-36, Ex. 11 | Hughes Decl. ¶¶ 36-37 & Ex. 12 |
| | 12/C (first para.) | Dkt. Nos. 23, Ex. D; 289 | Dkt. No. 23, Ex. D |

1

|  | | | |
|---|---|---|---|
| | 15/E (last para.) | Hughes Decl. ¶¶ 14-21 | Hughes Decl. ¶¶ 14-20 |
| | 16/E (first para.) | Glass Decl. ¶ 14 | Glass Decl. ¶¶ 1-4, 14 |
| | 18/E.1 (first para.) | Hughes Decl. ¶ 17 | Hughes Decl. ¶¶ 17-18 |
| | 19/E.2 (first para.) | Glass Decl. § VII.B | Glass Decl. §§ VII, VIII |
| | 24/F.2.(a) (third para., last line) | *Id.* ¶ 27 & Ex. 4 | *Id.* ¶¶ 27-29 & Ex. 4 |
| | 25/F.2.(b) (last para.) | Kasper Decl. ¶ 71; Ex. 23, Pilot Costs per Pilot Block Hour for RJs with More than 50 Seats, 2011; ¶¶ 81-82 | Kasper Decl. ¶¶ 71-79; Ex. 23, Pilot Costs per Pilot Block Hour for RJs with More than 50 Seats, 2011; ¶¶ 80-83 |
| | 25/F.2.(b) (last para.) | ". . . flying 76-seat aircraft. (*Id.*)" | ". . . flying 76-seat aircraft. (*Id.* ¶¶ 71-83.)" |
| | 27/F.3 (first para.) | *Id.* ¶¶ 9-15 | *Id.* ¶¶ 9-15 & Ex. 1 |
| | 27/F.3 (first para.) | *Id.* ¶¶ 16-18 | *Id.* ¶¶ 16-18 & Ex. 1 |
| | 27/F.3 (second para.) | Hughes Decl. ¶¶ 36-37 & Ex. 11 | Hughes Decl. ¶¶ 36-38 & Ex. 12; Shapiro Decl. ¶ 27 |
| | 27/F.3 (second para.) | Dkt. Nos. 23, Ex. D; 289 | Dkt. No. 23, Ex. D |
| | 27/F.3 (last para.) | Hughes Decl. Ex. 2, DIP Hearing Tr., at 176 | Hughes Decl. Ex. 2, DIP Hearing Tr., at 176; Shapiro Decl. ¶¶ 22, 29 |
| | 28/F.3 (first para.) | Shapiro Decl. ¶ 29 | Shapiro Decl. ¶¶ 28-29 & Ex. 1 |
| | 30/F.5.(a) (second para.) | ". . . produce approximately $31.5 million in annual savings." | ". . . produce approximately $31.5 million in annual savings. (Hunyor Decl. Ex. 1.)" |
| | 31/F.5.(a) (fourth bullet point) | e.g., *id.* ¶ 24 | e.g., *id.* ¶ 124 |
| | 32/G (last para.) | Ryan Decl. ¶ 4; Harrison Decl. ¶ 4 | Declaration of Patrick Ryan, dated September 13, 2012 ("Ryan Decl.") ¶¶ 4-5; Harrison Decl. ¶¶ 4-5 |
| | 33/G (second para., last line) | Ryan Decl. ¶ 9; Harrison Decl. ¶ 8 | Ryan Decl. ¶¶ 9-10; Harrison Decl. ¶¶ 8-9 |
| | 34/G (first para.) | Ryan Decl. ¶¶ 7, 9-11 | Ryan Decl. ¶¶ 7-11 |
| | 34/G (last para.) | Harrison Decl. ¶¶ 14-17 | Harrison Decl. ¶¶ 14-18 |
| | 35/G (second para.) | *Id.* ¶¶ 19-23 | *Id.* ¶¶ 19-22 |
| | 35/G (fourth para.) | Ryan Decl. ¶ 31 | Spanjers Decl. ¶ 34 |
| | 39/I.B (first para.) | Hughes Decl. ¶ 7 | Hughes Decl. ¶¶ 7, 9-13 |
| | 42/I.B (first para.) | Kasper Decl. ¶¶ 65, 88 | Kasper Decl. ¶¶ 45-56, 65, 88 |
| | 42/I.B (first para.) | Kasper Decl. ¶ 27 | Kasper Decl. ¶¶ 20, 27, 88 |
| | 44/I.C (last para.) | *Id.* ¶¶ 13-15 | *Id.* ¶¶ 10-15 |
| | 45/I.C (second para.) | Dkt. Nos. 23, Ex. D; 289 | Dkt. No. 23, Ex. D |

|  | 46/II.B (last para.) | Ryan Decl. ¶ 6; Harrison Decl. ¶ 6 | Ryan Decl. ¶¶ 10, 17; Harrison Decl. ¶¶ 9, 18 |
|---|---|---|---|
|  | 47/II.B (first para., last line) | Ryan Decl. ¶¶ 7-8, 15; Harrison Decl. ¶¶ 7, 15, 17 | Ryan Decl. ¶¶ 5, 7-8, 15; Harrison Decl. ¶¶ 4, 7, 15, 17 |
|  | 47/II.B (second para.) | ". . . any way they liked. (Ryan Decl. ¶ 11; Harrison Decl. ¶ 10.)" | ". . . any way they liked. (Ryan Decl. ¶ 11; Harrison Decl. ¶¶ 10-11.)" |
|  | 49/II.C (first para.) | Harrison Decl. ¶¶ 7, 15 | Harrison Decl. ¶¶ 6-7, 15 |
|  | 50/III.A (last line) | Glass Ex. 17 | Glass Decl. Ex. 17 |
|  | 52/III.A (first para.) | Glass Decl. ¶ 27 & Ex. 53 | Glass Decl. ¶ 27 & Ex. 17 |
|  | 54/Conclusion | ". . . authorizing it to reject its CBAs with ALPA, AFA, and TWU pursuant to Section 1113 . . ." | ". . . authorizing it to reject its CBAs with ALPA and AFA pursuant to Section 1113 . . ." |
| Virginia L. Hughes | 15/37 | Exhibit 11 | Exhibit 12 |
| Mark Shapiro | 1/caption | AIRLINE PILOTS' | AIR LINE PILOTS |