Hearing Date: Oct. 16, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

PINNACLE AIRLINES CORP., *et al.*,

Debtors.

Chapter 11

Case No. 12-11343 (REG)

(Jointly Administered)

---

### CORRECTIONS TO THE DECLARATION OF DANIEL M. KASPER IN SUPPORT OF DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS WITH THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL AND THE ASSOCIATION OF FLIGHT ATTENDANTS-CWA PURSUANT TO 11 U.S.C. § 1113

| Brief or Declarant | Page/¶ | Text | Correction |
|---|---|---|---|
| Daniel M. Kasper | 48/69 n. 99 | "paragraph 18." | "paragraph 17." |
|  | 47/Ex. 21 | "Sources: Pinnacle SEC 2010 10-K filing. 2011 figures from 2.2 All Contracts LRO Delta PNCL P&L (5.8.2012)_Dataroom.CONFIDENTIAL.xlsx." | "Sources: Pinnacle SEC 2010 and 2011 10-K filings." |
|  | 48/Ex. 22 | "Sources: Pinnacle SEC 2010 10-K filing. 2011 figures from 2.2 All Contracts LRO Delta PNCL P&L (5.8.2012)_Dataroom.CONFIDENTIAL.xlsx." | "Sources: Pinnacle SEC 2010 and 2011 10-K filings." |
|  | 33/Ex. 15 | "EXHIBIT 15: SHARE OF US AIRWAYS EXPRESS ASMS BY REGIONAL CARRIER PARTNER, 2005 VS. FYE 2013Q2" | "EXHIBIT 15: SHARE OF US AIRWAYS EXPRESS ASMS BY REGIONAL CARRIER PARTNER, 2005 VS. FYE 2012Q3" |
|  | 50/Ex. 23 | "$152" | "$139" (*see* replacement exhibit below) |
|  | 50/Ex. 23 | "Pinnacle is 30.5% higher than the Other DCI Average | "Pinnacle is 33.2% higher than the Other DCI Average |

|   |   |   |   |
|---|---|---|---|
|   |   | "(Excluding Comair)" | "(Excluding Comair)" (*see* replacement exhibit below) |
|   | 50/Ex. 23 | "Other DCI Greater Than 50-Seaters (Excluding Comair) Average, $134" | "Other DCI Greater Than 50-Seaters (Excluding Comair) Average, $131" (*see* replacement exhibit below) |
|   | 51/Ex. 24 | "$151" | "$148" (*see* replacement exhibit below) |
|   | 51/Ex. 24 | "Other DCI 50-Seaters (Excluding Comair) Average, $153" | "Other DCI 50-Seaters (Excluding Comair) Average, $152" (*see* replacement exhibit below) |

# EXHIBIT 23: PILOT COSTS PER PILOT BLOCK HOUR FOR RJS WITH MORE THAN 50 SEATS, 2011



*AMR Eagle excludes targeted savings from its Chapter 11 restructuring.
Sources: U.S. DOT Form 41
Notes: Pilot costs include salaries, benefits, payroll taxes, and personnel expenses for pilots, co-pilots, trainees, and instructors. Greater Than 50-Seaters includes CRJ-700, CRJ-900, E-170, and E-175. Pinnacle includes Pinnacle and Mesaba. AMR Eagle includes American Eagle and Executive.

# EXHIBIT 24: PILOT COSTS PER PILOT BLOCK HOUR FOR RJS WITH 50 OR FEWER SEATS, 2011



*AMR Eagle excludes targeted savings from its Chapter 11 restructuring.
Sources: U.S. DOT Form 41
Notes: Pilot costs include salaries, benefits, payroll taxes, and personnel expenses for pilots, co-pilots, trainees, and instructors. 50-seaters includes regional jets with 50 or less seats and includes: CRJ-100, CRJ-200, ERJ-135, ERJ-145 and ERJ-140. Pinnacle includes Pinnacle and Mesaba. AMR Eagle includes American Eagle and Executive.

I, Daniel M. Kasper, declare under penalty of perjury that the foregoing is true and correct.

Boston, Massachusetts
Dated:  September 21, 2012

/s/ Daniel M. Kasper
Daniel M. Kasper