**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PINNACLE AIRLINES CORP., et al., | Case No. 12-11343 (REG) |
| | (Jointly Administered) |
| Debtors. | |

CONFIDENTIAL – SUBJECT TO BANKRUPTCY ORDER

MEMORANDUM OF ASSOCIATION OF FLIGHT ATTENDANTS-CWA IN OPPOSITION TO DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS WITH THE AIRLINE PILOTS ASSOCIATION INTERNATIONAL AND THE ASSOCIATION OF FLIGHT ATTENDANTS-CWA PURSUANT TO U.S.C. § 1113 HAVE BEEN FILED ON OCTOBER 5 2012 PURSUANT TO ORDERS OF THE BANKRUPTCY COURT, DATED JUNE, 20, 2012 DIRECTING THAT THE MATERIAL HEREIN BE FILED UNDER SEAL.