**APPENDIX A**

Curriculum Vitae

# DANIEL W. AKINS

**AKINS & ASSOCIATES    1997- Present**

*Provide economic consulting services and data analysis for airlines, airports, labor, and related concerns.  Recent activities include:*

- o    Financial Advisor to APFA in negotiations with AMR in Chapter 11 proceedings

- o    Zero-Fare Route Analysis for JP Morgan Chase Card Services

- o    Financial Advisor to Sun Country Unsecured Creditors Committee

- o    Expert Witness in Delta and Northwest Airlines pilot integration.

- o    Expert in US–China All Cargo Proceeding before US DOT for Tradewinds Air

- o    Economic Support for Southwest Airlines Pilot, Flight Attendant, Dispatchers, Ramp and Provisioning Employee Contract Negotiations

- o    Expert Witness in America West and US Airways pilot Seniority Arbitration.

- o    In US-Mexico Combination Service Proceeding before the US DOT provide analytical support for USA 3000 Airlines in their bid for new service.

- o    Guest lecturer Northwestern University, Kellogg Graduate School of Business.

- o    Economic analyst and expert witness in 1113 Bankruptcy proceedings for Flight Attendants at US Airways, Mesaba, Northwest, United, Hawaiian, and Aloha.

- o    For US Postal Service determined pilot pay rates and back-pay at termination of USPS domestic Eagle overnight mail delivery network.

- o    On behalf of Southern Air Transport prepared an economic analysis in support of their application at U.S. DOT for all-cargo service between the US and Argentina.

- o    Evaluation of transfer of overnight transport of express mail to FedEx for USPS.

- o    On Behalf of Air Canada Pilots Association and Air Canada testified before the Canada Industrial Relations Board regarding the effect of merging pilot seniority at Air Canada and its commuter affiliates.

- o    For Boeing Aircraft Company evaluation of global availability of short-field airports to support potential commercialization C17 cargo aircraft.

- o    On behalf of Continental Express testified before U.S. District Court (Ft. Worth) regarding the impact of expanded operations at Dallas Love Field.

- o    On behalf of LSG/SKY Chefs evaluated financial benchmarking model in support of food and beverage contract negotiations with a major carrier.

**AIRTRANS, INC.        1993 - 1997**
*Vice President  - Projects included:*

- o    Prepared written economic testimony before the U.S. DOT supporting the successful bid of American International Airways to begin air cargo service between the U.S. and Brazil

- o    Air Cargo forecast and analysis on behalf of the Nashville Airports Authority

- o    For the State of Virginia evaluated competitive position of the Commonwealth's commercial airports and formulated proposals to address deficiencies in service.

- o    Analytical support for McDonnell-Douglas Corporation regarding the commercial viability of converting military cargo aircraft (C-17) to civilian freight service.

- o    Composed model of international traffic synergy potential for Lufthansa German Airways and Davis Companies in support of their joint bid for Continental Airlines.

**YIELD   DATA SERVICES,  INC.        1989-1993**
*Vice President  -  Founding Partner in airline consultancy and on-line aviation data vending firm*
*Projects included:*

- o    Testimony in U.S. District Court concerning valuation of pilot compensation at several Major Airlines.

- o    Testified as principal economist in interest arbitration of United Airlines and Pan Am pilots regarding the purchase of London Heathrow Airport operations.

- o    Analysis of airline traffic and capacity share for Northwest Airlines in U.S. markets.

- o    Econometric forecast of passenger & cargo traffic for Nantes, Pays de Loire, France.

- o    Worldwide air cargo market forecast for World Airways.

- o    Forecast near-term air cargo trade between the U.S. and several South American countries for U.S.-Brazil route case proceeding before the U.S. DOT.

- o    Forecast of airline labor costs for Touche, Ross & Co.

- o    Testimony in interest arbitration of Alaska Airlines - Jet America pilot integration.

- o    Market fare analysis on behalf of Air Transport Association for congressional testimony.

**KURTH & COMPANY, INC.        1986 - 1988**

*Manager of Aviation Research - Marketing and management consultant to air carriers and airports. Projects included:*

- o  Analysis of fleet purchasing history at Delta Airlines.

- o  Prepared traffic and financial exhibits in support of pilot integration proceedings of Northwest-Republic, USAir-Piedmont, Delta-Western, and Continental-Frontier.

- o  Testified before Postal Rate Commission on cost attribution of Third and Four Mail.

**AIR LINE PILOTS ASSOCIATION.     1984-1986**

*Senior Economist - Provided technical assistance and policy analysis on economic, financial, and operational aspects of air transport industry for pilot organization. Projects included:*

- o  Forecasting traffic and capacity to estimate economic performance and labor requirements at various airlines.

- o  Industry expert at U.S. Department of Transportation in cases regarding the employment effects of deregulation of U.S. airlines.

- o  Analysis of effects of two-tier wage structures on operating costs and competition.

**R.L. BANKS & ASSOCIATES, INC.    1983-1984**

*Transport Economist - Served in consulting capacity for corporate and public clients for economic evaluation of maritime, road, rail, and air transportation projects. Involved in all phases of consulting, from development to project evaluation and completion. Applied economic theory and econometric techniques to evaluate problems in the movement of both passengers and freight.*

*Projects included:*

- o  Economic analysis of rail-road-waterway competition to evaluate effects of selling the nation's largest barge line to a large railroad.

- o  Evaluation of containerized shipping through all Atlantic ports in Canada and U.S.

- o  Econometric investigation concerning retirement rates of fixed rail investments.

- o  Analysis of volume of freight interchanged between Con rail and the seven largest U.S. Railroads.

### EDUCATION

**LONDON SCHOOL OF ECONOMICS,    1982-1983**
*Postgraduate Diploma in Economics, Mark of Merit Honours. Specialized in transport economics, econometric modeling and forecasting. Conducted an analysis of the need, siting and timing of a third major airport in London. Studied road congestion externalities, public transit operation, urban transport planning and investment policy.*

**GUSTAVUS ADOLPHUS COLLEGE,    1977-1981**
*B.A. Cum Laude Honors, Economics. Majored in economics and planning. Undertook on-site analysis of relationship between urban growth patterns and highway development.*

**INSTITUTE OF EUROPEAN STUDIES, London, U.K., Autumn 1980**
*Studied European monetary relations and industrial organization at London School of Economics.*


### EXPERIENCE AS AN EXPERT WITNESS

Mr. Akins has been qualified as an Expert Witness in Airline Economics, Planning, Contracts, Econometrics and Forecasting, and has submitted written and/or oral testimony before the following Courts and Commissions:

  US Department of Transportation
  US District Court of Southern New York
  US District Court of Washington D.C.
  US District Court of North Texas
  US Bankruptcy Court for the District of Southern New York
  US Bankruptcy Court for the District of Northern Virginia
  US Bankrupcty Court for the District of Minnesota
  US Bankruptcy Court for the District of Hawaii
  US Postal Rate Commission
  Texas Water Board
  Several Interest Arbitrations

5