# EXHIBIT 2

*Prepared at the direction of counsel*

**1. Mark to market calc for ALPA**

## METHODOLOGY TO APPORTION REQUIRED SAVINGS BETWEEN WORK GROUPS

### Step 1. Pinnacle contract provision mark-to-market

|  | Pilots | FA's | Dispatchers | Salaried | Hourly |
|---|---|---|---|---|---|
| **Wages** |  |  |  |  |  |
| Pinnacle base wage-related costs per year | $153,208,398 | $29,587,653 | $2,416,811 | $34,739,163 | $32,839,991 |
| % wage-related costs are above (below) DCI average (in 2013) | 6.0% | (0.5%) | (2.2%) | - | (1.2%) |
| Value of cost disadvantage (advantage) vs. DCI average | $9,192,504 | ($147,938) | ($54,098) | - | ($394,080) |
| **Work rules** |  |  |  |  |  |
| Value of work rule disadvantage (advantage) vs. DCI carriers | $6,640,657 | $233,241 |  |  |  |
| **Component of total 'ask' from mark-to-market** | **$15,833,161** | **$85,303** | **($54,098)** | **$0** | **($394,080)** |

### Step 2. Equitable distribution of additional savings according to relative size of cost base

|  | Pilots | FA's | Dispatchers | Salaried | Hourly |
|---|---|---|---|---|---|
| Total additional ask required after mark-to-market* | $17,356,721 | $3,497,502 | $285,437 | $4,369,376 | $4,898,098 |
| Pinnacle cost base (all-in) per year | $181,385,538 | $38,328,539 | $3,182,979 | $42,075,696 | $39,552,303 |
| **Additional ask as % of cost base** | **9.6%** | **9.1%** | **9.0%** | **10.4%** | **12.4%** |
| Total ask excluding recent concessions | $33,189,883 | $3,582,805 | $231,339 | $2,769,376 | $2,804,018 |
| % of total ask | 78.0% | 8.4% | 0.5% | 6.5% | 6.6% |

*\* Includes recent concessions for Salaried and Hourly*