# EXHIBIT 3

# FRENCH DECLARATION EX. 3

# Filed Under Seal