# EXHIBIT 1

# PILECKI DECLARATION EX. 1

# Filed Under Seal