# EXHIBIT 2

# PILECKI DECLARATION EX. 2

# Filed Under Seal