# EXHIBIT 3

# PILECKI DECLARATION  EX. 3

# Filed Under Seal