# EXHIBIT 4

# PILECKI DECLARATION  EX. 4

# Filed Under Seal