# EXHIBIT 5

# PILECKI DECLARATION EX. 5

# Filed Under Seal