# EXHIBIT 6

# PILECKI DECLARATION EX. 6

# Filed Under Seal