# EXHIBIT 7

# PILECKI DECLARATION EX. 7

# Filed Under Seal