# EXHIBIT 9

# PILECKI DECLARATION EX. 9

## Filed Under Seal