# Exhibit 1

**COMPANY COSTING VS. ALPA COSTING OF ALPA COUNTER-PROPOSAL DATED OCTOBER 11, 2012**

| JCBA reference | Work rule name | ALPA Valuation 2013 & 2014 average | Company Valuation of ALPA Proposal 2013 & 2014 average | Value of identified difference |
|---|---|---|---|---|
| 12.B.1. | Reduce domestic report time * | $ ▮ | $ ▮ | $ ▮ |
| 24.G.3-4. | Increase training freezes ** | $ ▮ 6 | $ ▮ | $ ▮ |
| 3.T.1. | Reduce STT credit to 2 hours | $ ▮ | $ ▮ | $ ▮ |
| 11.K.2.c.iv-v. & 11.K.2.ii.(b).2-3. | Modify home study | $ ▮ | $ ▮ | $ ▮ |
| 6.B, 6.E., & 6.F. | Eliminate voluntary move benefits | $ ▮ | $ ▮ | $ ▮ |
| 25.H.5-6. | Modify long call available | $ ▮ | $ ▮ | $ ▮ |
| 11.N. | Reduce instructor pay | $ ▮ | $ ▮ | $ ▮ |
| 3.A. | Rates | $ ▮ | $ ▮ | $ ▮ |
| 11.A.2.d.II. | STT on a day off | $ ▮ | $ ▮ | $ ▮ |
| 5.D.1. | Per diem reduction | $ ▮ | $ ▮ | $ ▮ |
| 7.B.1. | GDO in lieu of 4th vacation week | $ ▮ | $ ▮ | $ ▮ |
| 11.A.2.b.i. | Check airmen STT efficiency | $ ▮ | $ ▮ | $ ▮ |
| 25.E.2.c. | Eliminate SDD month-to-month conflict | $ ▮ | $ ▮ | $ ▮ |
| 18.H. | Forego uniform allowance | $ ▮ | $ ▮ | $ ▮ |
| LOA 21.A.9. | Eliminate payment for FAA medical *** | $ ▮ | $ ▮ | $ ▮ |
| 11.N.2.g.ii. (LOA 5 Appendix A) | Modify positive space for instructors | $ ▮ | $ ▮ | - |
| 27.C. | Eliminate retiree medical | $ ▮ | $ ▮ | $ - |
| LOA 21.A.10. | Flight pay loss reduction *** | $ ▮ | $ ▮ | - |
| LOA 25 | Hotel buyout LOA | $ ▮ | $ ▮ | $ - |
| 3.M.2. | Eliminate premium pay for LIP adds * | $ ▮ | $ ▮ | $ - |
| 25.E.1.a. | Allow 5-day trips * | $ ▮ | $ ▮ | $ - |
| 25.E.2.d. | Eliminate SDD for CDO's | $ - | $ - | $ - |
| 25.L.4. | Eliminate scheduled crew meal breaks * | $ ▮ | $ ▮ | - |
| New Appendix | Co-domiciles ** | | $ ▮ | $ - |
| 11.B.2.a. | Pilot training review board | $ ▮ | $ ▮ | $ ▮ |
| 25.E.2.d. | Eliminate SDD for reserves | $ ▮ | $ ▮ | $ ▮ |
| 7.B.1. | Reduce virtual vacation credit | $ ▮ | $ ▮ | $ ▮ |
| 3.K. | Customs credit | $ ▮ | $ ▮ | $ ▮ |
| 25.J.10. | Eliminate long call reserve | $ ▮ | $ ▮ | $ ▮ |
| | **Total** | $ 25,706,636 | | $ 3,125,190 |

**One time items:**

| | | | | |
|---|---|---|---|---|
| 27.C | Retiree Medical | $ ▮ | $ - | $ ▮ |
| LOA 21 | Training Savings Credit | $ ▮ | $ - | $ ▮ |
| | Attrition Credit | $ ▮ | - | - |
| | **One time items annualized** | $ 7,291,790 | | $ 7,291,790 |
| | **Total** | $ 32,998,426 | | $ 10,416,979 |

**Notes:**
* Final valuation pending receipt and validation of ALPA data
** Review of ALPA language and implications for costing is ongoing
*** ALPA proposal is contingent upon inclusion of one-time $6.2M credit for LOA 21. Company ascribes zero cost savings value to LOA 21 in the context of 11-13, and thus would need to ascribe zero savings to these items unless ALPA removed this contingency