# Exhibit 1



**EQUITY RESEARCH COMPANY UPDATE**

**Airline Sector**
**May 2, 2012**

| | |
|---|---|
| Closing Price (5/1/12): | $8.77 |
| 12-Month Target Price: | NA |
| 52-Week Range: | $8.52-$16.92 |
| Market Cap (MM): | $447 |
| Shares O/S (MM): | 51.0 |
| Float (MM): | 49.1 |
| Shares Short (MM): | 1.8 |
| Avg. Vol. (MM): | 0.5 |
| Book Value/Share: | $26.36 |
| Dividend/Yield: | 0.0% |
| Risk Profile: | Medium |

| Maxim Group | Revenues ($M) | |
|---|---|---|
| FYE: December | 2011 | 2012E |
| 1Q | $866 | $921A |
| 2Q | $934 | $944 |
| 3Q | $955 | $984 |
| 4Q | $900 | $947 |
| FY | $3,655 | $3,797 |

| Maxim Group | Current | Prior | Current |
|---|---|---|---|
| FYE: December | EPS | EPS | P/E |
| 2010A: | $1.52 | | 5.8 |
| 2011A: | ($0.52) | | NA |
| 2012E: | $0.82 | $0.70 | 10.7 |
| 2013E: | $1.25 | | 7.0 |

| Maxim Group | Quarterly EPS | | |
|---|---|---|---|
| | 2011A | 2011E | 2012E |
| FYE: December | Current | Prior | Current |
| 1Q | ($0.21) | | ($0.01)A |
| 2Q | $0.03 | | $0.15 |
| 3Q | $0.00 | | $0.40 |
| 4Q | ($0.35) | | $0.29 |
| FY | ($0.52) | | $0.82 |

| Consensus-First Call | Quarterly EPS | |
|---|---|---|
| FYE: December | 2011E | 2012E |
| 1Q | ($0.21) | ($0.01)A |
| 2Q | $0.03 | $0.14 |
| 3Q | $0.00 | $0.34 |
| 4Q | ($0.35) | $0.25 |
| FY | ($0.52) | $0.56 |

**Ray Neidl** (212) 895-3571
rneidl@maximgrp.com

# SkyWest, Inc.                                    Hold
(SKYW – Nasdaq – $8.77)

## *SkyWest releases 1Q12 financial results, beating consensus; Reiterate Hold*

➤ **Skywest today reported operating revenues of $921.2 million for the quarter** ended March 31, 2012 vs. consensus $907 million and Maxim $924 million, compared to $866.0 million for the same period last year. SkyWest also reported a net loss of ($0.7) million, or ($0.01) per diluted share vs. consensus ($0.15) and Maxim ($0.14), for the quarter ended March 31, 2012, compared to ($11.1) million of net loss, or ($0.21) per diluted share, for the same period last year.

➤ **SKYW recorded approximately $30.1 million in additional revenues** related to increased block hour production, improved utilization and ground handling contracts, a reduction of $4.6 million in prorate flying loss, an additional $5.7 in United CRJ 200 engine overhaul costs, and an additional $3.8 million in employer benefit costs. At March 31, 2012, SkyWest had $583.3 million in cash and marketable securities, which is 16% of 12 month trailing revenue, compared to $646.5 million as of December 31, 2011.

➤ **As a result of 1Q12 earnings coming in higher than our expectations, our** full year 2012 EPS estimate goes to $0.82, from $0.70 (consensus $0.56).

➤ **SKYW still operates a small Pro Rate (independent flying) operation**. Management believes that this gives it a backup plan if the contract flying deteriorates further. Management believes that this operation should return to profitability this year and SKYW expects to continue to develop it. Fuel prices of course should be a key here, especially with the flying of small aircraft, but SKYW believes that it could be a viable product in certain markets if discipline is maintained on markets and costs.

➤ **We believe that management is strong and can address the many problems** facing the industry and the company. SKYW should be the dominant survivor; however, we believe there is at least a one year period if not more of major restructuring. SKYW is trading at a 7.0x 2013 P/E multiple. The uncertainty of the regional airline industry's future and the massive undertaking that SKYW has to accomplish to meet rapid industry change lead us to not use a 12 month price target at this time. We do believe that SKYW should succeed and be a dominant player; however, the timing of the turnaround is uncertain and is the reason we have a Hold rating.

➤ **Summary:** The broad platform that SKYW has in its sector has the greatest depth and presence across the U.S. among its competitors. This enables it to be able to take advantage of any opportunities that may become available. This strategic position (balance sheet, liquidity, access to the capital markets at reasonable rates and relative strength in the industry) is more important then ever in a rapidly changing and consolidating industry with its main goals being to continue to reduce costs and to complete the post merger integration.

**SkyWest, Inc. (SKYW)**

Low costs and reliable operations should be the key for which regional airlines will survive in our opinion. SKYW appears it has made great progress in cutting costs with the following improvements:

- Recorded approximately $30.1 million in additional revenues related to increased block hour production, improved utilization and ground handling contracts
- Reduction of $4.6 million in prorate flying loss
- Recorded an additional $5.7 in United CRJ 200 engine overhaul costs
- Recorded an additional $3.8 million in employer benefit costs
- Recorded an additional $4.1 million of loss attributable to SkyWest's minority investments in Trip Linhas Aereas ("TRIP") and Mekong Aviation Joint Stock Company ("Air Mekong")

The company expects that it should become a positive CF generator going forward beginning 2Q12.

**SkyWest, Inc. (SKYW)**

**SkyWest, Inc. (SKYW)**

## Income Statement 2009-2013E
(In millions, except per share data)

**SkyWest Inc.: Income statement**

*In $ millions except per share data*

| Year ending December 31, | 1Q09A | 2Q09A | 3Q09A | 4Q09A | 2009A | 1Q10A | 2Q10A | 3Q10A | 4Q10A | 2010A | 1Q11A | 2Q11A | 3Q11A | 4Q11A | 2011A | 1Q12A | 2Q12E | 3Q12E | 4Q12E | 2012E | 2013E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Passenger | 665 | 691 | 630 | 596 | 2,582 | 623 | 642 | 677 | 782 | 2,724 | 845 | 920 | 936 | 884 | 3,585 | 902 | 924 | 964 | 927 | 3,718 | 3,746 |
| Ground handling and other | 8 | 8 | 8 | 8 | 31 | 9 | 8 | 10 | 14 | 41 | 22 | 14 | 19 | 16 | 70 | 19 | 20 | 20 | 20 | 79 | 80 |
| **Total revenue** | 673 | 699 | 638 | 604 | 2,614 | 632 | 650 | 687 | 796 | 2,765 | 866 | 934 | 955 | 900 | 3,655 | 921 | 944 | 984 | 947 | 3,797 | 3,826 |
| Revenue growth (%) | | | | | | -6.0% | -7.0% | 7.7% | 31.8% | 5.8% | 37.0% | 43.7% | 39.1% | 13.0% | 32.2% | 6.4% | 1.1% | 3.0% | 5.3% | 3.9% | 0.8% |
| | | | | | | | | | | | | | | | | | | | | | |
| Salaries, wages and benefits | 177 | 174 | 176 | 172 | 698 | 179 | 174 | 185 | 227 | 765 | 286 | 290 | 288 | 290 | 1,154 | 291 | 290 | 288 | 290 | 1,159 | 1,159 |
| Aircraft maintenance materials | 92 | 116 | 119 | 108 | 436 | 107 | 111 | 121 | 149 | 488 | 163 | 176 | 190 | 184 | 713 | 180 | 176 | 190 | 184 | 729 | 729 |
| Aircraft fuel | 141 | 129 | 62 | 59 | 391 | 74 | 86 | 87 | 94 | 340 | 127 | 161 | 160 | 145 | 593 | 148 | 155 | 160 | 140 | 602 | 594 |
| Aircraft rentals | 73 | 76 | 76 | 76 | 301 | 77 | 76 | 78 | 82 | 312 | 86 | 88 | 87 | 86 | 347 | 85 | 88 | 87 | 86 | 345 | 345 |
| Depreciation and amortization | 55 | 55 | 56 | 57 | 222 | 58 | 58 | 59 | 61 | 237 | 63 | 64 | 63 | 64 | 254 | 64 | 64 | 63 | 64 | 255 | 255 |
| Station rentals and landing fees | 33 | 30 | 28 | 26 | 116 | 29 | 31 | 32 | 38 | 130 | 43 | 42 | 46 | 44 | 175 | 44 | 42 | 46 | 44 | 176 | 176 |
| Ground handling services | 25 | 23 | 24 | 24 | 96 | 29 | 27 | 27 | 28 | 111 | 37 | 33 | 30 | 31 | 132 | 35 | 33 | 30 | 31 | 130 | 130 |
| Other,net | 37 | 36 | 35 | 34 | 142 | 38 | 38 | 40 | 66 | 182 | 61 | 60 | 64 | 62 | 247 | 54 | 60 | 64 | 62 | 241 | 241 |
| **Total operating expenses** | 632 | 639 | 574 | 556 | 2,401 | 590 | 600 | 629 | 744 | 2,563 | 866 | 915 | 929 | 905 | 3,614 | 901 | 908 | 928 | 900 | 3,637 | 3,629 |
| | | | | | | | | | | | | | | | | | | | | | |
| **Operating income** | 41 | 60 | 63 | 48 | 212 | 42 | 49 | 58 | 52 | 202 | 0 | 19 | 27 | (5) | 41 | 20 | 36 | 56 | 47 | 159 | 197 |
| Operating margin (%) | 6.1% | 8.5% | 9.9% | 8.0% | 8.1% | 6.7% | 7.6% | 8.5% | 6.5% | 7.3% | 0.0% | 2.0% | 2.8% | -0.6% | 1.1% | 2.2% | 3.8% | 5.7% | 5.0% | 4.2% | 5.2% |
| | | | | | | | | | | | | | | | | | | | | | |
| Interest income | 3 | 3 | 2 | 4 | 11 | 4 | 4 | 3 | 4 | 14 | 2 | 2 | 2 | 2 | 8 | 2 | 2 | 3 | 2 | 9 | 9 |
| Interest expense | (23) | (21) | (21) | (21) | (86) | (22) | (22) | (22) | (22) | (87) | (20) | (20) | (20) | (20) | (80) | (20) | (20) | (20) | (20) | (80) | (80) |
| Other, net | (7) | 0 | 2 | 1 | (5) | (0) | (1) | (0) | 18 | 16 | (1) | (3) | (11) | (5) | (19) | (4) | (6) | (6) | (6) | (22) | (24) |
| Total non-operating | (28) | (18) | (18) | (17) | (80) | (18) | (19) | (19) | (0) | (56) | (19) | (21) | (29) | (23) | (91) | (22) | (24) | (23) | (24) | (93) | (95) |
| | | | | | | | | | | | | | | | | | | | | | |
| **Income before taxes** | 13 | 41 | 46 | 32 | 132 | 25 | 31 | 39 | 51 | 146 | (19) | (2) | (2) | (28) | (50) | (1) | 12 | 32 | 24 | 67 | 102 |
| Income tax provision | 4 | 15 | 17 | 12 | 48 | 10 | 12 | 14 | 14 | 50 | (8) | (3) | (2) | (10) | (23) | (1) | 5 | 12 | 9 | 25 | 39 |
| Tax rate | 28.9% | 37.0% | 37.2% | 38.3% | 36.5% | 38.8% | 39.1% | 35.2% | 27.8% | 34.0% | | | | | 0.0% | | 38.0% | 38.0% | 38.0% | 37.9% | 38.0% |
| **Net income GAAP** | 9 | 26 | 29 | 20 | 84 | 15 | 19 | 25 | 37 | 96 | (11) | 2 | 0 | (18) | (27) | (1) | 7 | 20 | 15 | 42 | 63 |
| Special items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (10) | (10) | 0 | 0 | 0 | 0 | - | | | | | | |
| Net income (ex. special items) | 9 | 26 | 29 | 20 | 84 | 15 | 19 | 25 | 27 | 86 | (11) | 2 | 0 | (18) | (27) | (1) | 7 | 20 | 15 | 42 | 63 |
| | | | | | | | | | | | | | | | | | | | | | |
| **Basic EPS (ex. special items)** | $0.17 | $0.47 | $0.51 | $0.35 | $1.51 | $0.27 | $0.33 | $0.45 | $0.50 | $1.55 | ($0.21) | $0.03 | $0.00 | ($0.35) | ($0.52) | ($0.01) | $0.15 | $0.40 | $0.29 | $0.82 | $1.25 |
| **Diluted EPS (ex. special items)** | $0.16 | $0.46 | $0.50 | $0.34 | $1.47 | $0.26 | $0.33 | $0.45 | $0.49 | $1.52 | ($0.21) | $0.03 | $0.00 | ($0.35) | ($0.52) | ($0.01) | $0.15 | $0.40 | $0.29 | $0.82 | $1.25 |
| | | | | | | | | | | | | | | | | | | | | | |
| Basic EPS GAAP | $0.17 | $0.47 | $0.51 | $0.35 | $1.50 | $0.27 | $0.33 | $0.46 | $0.68 | $1.73 | ($0.21) | $0.03 | $0.00 | ($0.35) | ($0.52) | ($0.01) | $0.15 | $0.40 | $0.29 | $0.82 | $1.25 |
| Diluted EPS GAAP | $0.16 | $0.46 | $0.50 | $0.34 | $1.47 | $0.26 | $0.33 | $0.45 | $0.67 | $1.70 | ($0.21) | $0.03 | $0.00 | ($0.35) | ($0.52) | ($0.01) | $0.15 | $0.40 | $0.29 | $0.82 | $1.25 |
| | | | | | | | | | | | | | | | | | | | | | |
| Basic shares | 57 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 55 | 56 | 54 | 53 | 52 | 51 | 52 | 51 | 51 | 51 | 51 | 51 | 51 |
| Diluted shares | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 56 | 57 | 54 | 53 | 52 | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 51 |

*Source: Company and Maxim Group estimates*

## DISCLOSURES

**SkyWest, Inc. (SKYW)**



| Maxim Group LLC  Stock Rating System | As of: | 4/12/2012 |
|---|---|---|
| | **% of Coverage Universe with Rating** | **% of Ratings for which Firm provided Banking Services in the last 12 months** |
| **Buy** Expected total return of 15% or more over next 12 months | 68.4% | 10.4% |
| **Hold** Expected total return of plus or minus 14% over next 12 months | 20.4% | 5.0% |
| **Sell** Expected total negative return of at least 15% over next 12 months | 11.2% | 0.0% |
| *\* Relative to Nasdaq Composite.* | | |
| *An Under Review (UR) rating represents a stock that the Firm has temporarily placed under review due to a material change.* | | |

**Maxim Group makes a market in SkyWest Inc.**

I, **Ray Neidl**, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Valuation Method:**  Our **SkyWest Inc.** 12-month price target is based on a P/E ratio multiple comparisons.

**Price Target Risks and Investment Risks:**  Aside from general market and other economic risks, risks particular to our **SkyWest Inc.** rating include: 1) The company has a large fleet of turbo-prop and smaller (under 70 seats) RJ's, most of which will have to be replaced over the next five years; 2) Although SKYW has good relationships with its legacy partners, the needs of the larger carriers are changing as high fuel prices drive up operating costs for smaller aircraft and as the legacy airlines de-emphasize service to smaller cities. As a result in the future there will be less of a demand for regional feed service especially with smaller aircraft; 3) The company has some exposure to fuel price increases since about 10% of their service is independent flying and as the legacy airlines try to pass along a greater amount of risk in their contracts for fuel price volatility; and 4) There remains merger related risk as the company continues its integration of ExpressJet.

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**SkyWest, Inc. (SKYW)**

**Speculative** –
Fundamental Criteria:  This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history.  Accordingly, fundamental risk is expected to be significantly above the industry.
Price Volatility:  Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless.
Speculative stocks may not be suitable for a significant class of individual investors.

**High** –
Fundamental Criteria:  This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry.
Price volatility:  The price volatility of companies falling within this category is expected to be above the industry.
High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** –
Fundamental Criteria:  This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid.
Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** –
Fundamental Criteria:  This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid.
Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.
.

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by NASD Rule 2711. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and 3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

## ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

# Exhibit 2



**EQUITY RESEARCH
FIRST LOOK**

# SkyWest, Inc.
## (SKYW-Nasdaq-Hold)
July 13, 2012
Closing Price (7/12/12): $7.75
**Target Price: NA**

Ray Neidl, Airline Sector, 212-895-3571

## *SkyWest Plans for the future; Reiterate Hold*

➢ SkyWest has ordered 100 regional aircraft from Mitsubishi Aircraft Corp. This is the first big order for the regional jet for the MRJ product outside of Japan. Deliveries will start in 2017 (5 years out) and is valued at $4.2 billion using list prices.

➢ The big loser on this order according to news reports is Bombardier Inc. (BBD-B.TO, $3.86, NR).  SKYW is the largest operator of Bombardier RJs. The total order book now for Mitsubishi is 230 aircraft.

➢ The MRJ product is still not tested in the marketplace since it may not make its first flight to 2013 though the company has extensive experience as a subcontractor for Boeing. According to SKYW its research has indicated that the MRJ aircraft has a significant fuel burn.

➢ SkyWest's 100-aircraft tentative order for the Mitsubishi Regional Jet (MRS) is for the MRJ90, the larger of the two versions, but the deal also gives the U.S. regional carrier the flexibility to convert all or part of the order to the smaller MRJ70. The eventual type or mix of types may depend on what happens with scope clauses at the major U.S. carriers that contract SkyWest to feed its networks. Currently, the airlines for which SkyWest operates most of its aircraft--Delta Air Lines (DAL, $10.75, Buy) and United Airlines (UAL, $23.78, Buy) -- have scope clause limits that restrict regional feed to 76- and 70-seat aircraft, respectively.  Delta recently reached a new agreement with its pilots union that sustains its cap, but United is pushing for a higher limit in negotiations on a joint contract with its pilots and those of the former Continental Airlines.  American Airlines (AAMRQ, $0.52, Sell), a potential future SkyWest customer, also is pushing for a higher cap, using the leverage created by its Chapter 11 bankruptcy proceedings, and US Airways (LCC, $13.97, Buy) already is able to outsource some flying to aircraft with as many as 86 seats.

➢ The tentative MRJ deal, with the first delivery targeted for 2017, is only a part of the fleet replacement planned by SkyWest. SkyWest's subsidiaries operate 725 aircraft today. The fleet includes about 430 Bombardier CRJ200s, 700s and 900s and about 290 Embraer 120s, ERJ-135s and ERJ-145s.

➢ SkyWest is having "ongoing discussions" with aircraft manufacturers about fleet replacement. It is a dominant force in the industry and we believe there are really no other U.S. regional airlines in the market that can drive volume pricing the way SKYW can. The end result is that SkyWest may be able to provide flexible terms to its major airline partners on the length of the agreements to operate the aircraft.

➢ We expected SKYW to begin the needed re-fleeting to meet a new more competitive environment for regional airlines though the MRJ order was a surprise. Major restructuring remains to be done both in the scope clause restrictions at the major airlines, which may determine the need and amount for regional feed but SKYW is positioning themselves to be able to compete for whatever the outcome. However, due to the remaining uncertainties, we maintain our Hold rating on the stock.

**Maxim Group LLC 405 Lexington Avenue New York, NY  10174 – www.maximgrp.com**

**SEE PAGES 2–4 FOR IMPORTANT DISCLOSURES AND DISCLAIMERS**

**SkyWest, Inc. (SKYW)**

## DISCLOSURES



| Maxim Group LLC Stock Rating System | | As of: | 7/13/2012 |
|---|---|---|---|
| | Expected Performance* | % of Coverage Universe with Rating | % of Ratings for which Firm provided Banking Services in the last 12 months |
| **Buy** | Expected total return of 15% or more over next 12 months | 61.4% | 12.8% |
| **Hold** | Expected total return of plus or minus 14% over next 12 months | 18.9% | 4.2% |
| **Sell** | Expected total negative return of at least 15% over next 12 mon | 7.1% | 0.0% |
| *Relative to Nasdaq Composite.* | | | |
| *An Under Review (UR) rating represents a stock that the Firm has temporarily placed under review due to a material change.* | | | |

**Maxim Group makes a market in SkyWest Inc.**

I, **Ray Neidl**, attest that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The research analyst(s) primarily responsible for the preparation of this research report have received compensation based upon various factors, including the firm's total revenues, a portion of which is generated by investment banking activities.

**Valuation Method:**  Our **SkyWest Inc.** 12-month price target is based on a P/E ratio multiple comparisons.

**Price Target Risks and Investment Risks:**  Aside from general market and other economic risks, risks particular to our **SkyWest Inc.** rating include: 1) The company has a large fleet of turbo-prop and smaller (under 70 seats) RJ's, most of which will have to be replaced over the next five years; 2) Although SKYW has good relationships with its legacy partners, the needs of the larger carriers are changing as high fuel prices drive up operating costs for smaller aircraft and as the legacy airlines de-emphasize service to smaller cities.  As a result in the future there will be less of a demand for regional feed service especially with smaller aircraft; 3) The company has some exposure to fuel price increases since about 10% of their service is independent flying and as the legacy airlines try to pass along a greater amount of risk in their contracts for fuel price volatility; and 4) There remains merger related risk as the company continues its integration of ExpressJet.

**SkyWest, Inc. (SKYW)**

## RISK RATINGS

Risk ratings take into account both fundamental criteria and price volatility.

**Speculative** –
Fundamental Criteria:  This is a risk rating assigned to early-stage companies with minimal to no revenues, lack of earnings, balance sheet concerns, and/or a short operating history. Accordingly, fundamental risk is expected to be significantly above the industry.
Price Volatility:  Because of the inherent fundamental criteria of the companies falling within this risk category, the price volatility is expected to be significant with the possibility that the investment could eventually be worthless.
Speculative stocks may not be suitable for a significant class of individual investors.

**High** –
Fundamental Criteria:  This is a risk rating assigned to companies having below-average revenue and earnings visibility, negative cash flow, and low market cap or public float. Accordingly, fundamental risk is expected to be above the industry.
Price volatility:  The price volatility of companies falling within this category is expected to be above the industry.
High-risk stocks may not be suitable for a significant class of individual investors.

**Medium** –
Fundamental Criteria:  This is a risk rating assigned to companies that may have average revenue and earnings visibility, positive cash flow, and is fairly liquid.
Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**Low** –
Fundamental Criteria:  This is a risk rating assigned to companies that may have above-average revenue and earnings visibility, positive cash flow, and is fairly liquid.
Accordingly, both price volatility and fundamental risk are expected to approximate the industry average.

**SkyWest, Inc. (SKYW)**

## DISCLAIMERS

Some companies that Maxim Group LLC follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in Maxim Group LLC research reports may not be suitable for some investors. Investors must make their own determination as to the appropriateness of an investment in any securities referred to herein, based on their specific investment objectives, financial status and risk tolerance.

This communication is neither an offer to sell nor a solicitation of an offer to buy any securities mentioned herein. This publication is confidential for the information of the addressee only and may not be reproduced in whole or in part, copies circulated, or disclosed to another party, without the prior written consent of Maxim Group, LLC ("Maxim").

Information and opinions presented in this report have been obtained or derived from sources believed by Maxim to be reliable, but Maxim makes no representation as to their accuracy or completeness. The aforementioned sentence does not apply to the disclosures required by NASD Rule 2711. Maxim accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that such liability arises under specific statutes or regulations applicable to Maxim. This report is not to be relied upon in substitution for the exercise of independent judgment. Maxim may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and Maxim is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgment at its original date of publication by Maxim and are subject to change without notice. The price, value of and income from any of the securities mentioned in this report can fall as well as rise. The value of securities is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities. Investors in securities such as ADRs, the values of which are influenced by currency volatility, effectively assume this risk. Securities recommended, offered or sold by Maxim: (1) are not insured by the Federal Deposit Insurance Company; (2) are not deposits or other obligations of any insured depository institution; and 3) are subject to investment risks, including the possible loss of principal invested. Indeed, in the case of some investments, the potential losses may exceed the amount of initial investment and, in such circumstances, you may be required to pay more money to support these losses.

## ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

# Exhibit 3

SkyWest

Rating Change                                    NEUTRAL

Equity | United States | Airlines
14 August 2012

# Restructuring bears fruit: Upgrade to Neutral

**Bank of America Merrill Lynch**

Glenn D. Engel, CFA          +1 646 855 5378
Research Analyst
MLPF&S
glengel@baml.com

David van der Keyl          +1 646 855 3622
Research Analyst
MLPF&S
david.vanderkeyl@baml.com

## Cost actions bear fruit; Upgrade to Neutral and P.O. to $9

Cost actions are bearing fruit quicker than we had anticipated for SKYW, and we raise our 2012E from $0.35 to $0.75 (street $0.84) and our 2013E from $0.80 to $1.00 (street $1.20).  As a result of our estimate hike, our price objective climbs to $9.00 from $8.00, and we raise our SKYW rating to Neutral from Underperform.

## 2Q better than expected as non-fuel CASM falls 1.5%

Ex-items, SKYW reported 2Q profits of $0.33 versus a year ago loss of $0.03, well ahead of our $0.07E (street $0.14) on lower than expected costs - down 1.5% yoy despite modest capacity cuts. 2Q includes a $3.0 million ($0.03-$0.04) payment from UAL for redeployment costs incurred a year ago and higher than normal incentive fees added $0.02. Negative mismatch between revenues and expenses on UAL RJ engine maintenance narrowed to $0.04-$0.05 in 2Q12 from $0.12-$0.13 a year ago and should disappear entirely in 2013.

## Modest growth resumes 4Q12

Capacity declined in the first half of 2012, but transfer of larger Regional Jets to SKYW from other Delta partners should lift SKYW's supply by 4% in 2013.

## Regional jet economics remain challenging longer term

SKYW remains the premier RJ provider, but supply of RJs exceeds demand, and we see SKYW's capacity resuming its modest declines in 2014.  With over 200 Delta 50-seat jets expected to be grounded over the next couple years, SKYW will be challenged to find a place for the 25 it owns. With limited capacity growth and a gradually aging workforce/fleet, SKYW's cost pressures may eventually resume while contractual rate increases remain modest, but SKYW's valuation (6.7X 2012E pretax) already discounts a relatively cautious outlook in our view.

### Stock Data

| | |
|---|---|
| Price | US$8.09 |
| Price Objective | US$9.00 |
| Date Established | 14-Aug-2012 |
| Investment Opinion | C-2-7 |
| Volatility Risk | HIGH |
| 52-Week Range | US$6.25-14.32 |
| Mrkt Val / Shares Out (mn) | US$422 / 52.2 |
| BofAML Ticker / Exchange | SKYW / NAS |
| Bloomberg / Reuters | SKYW US / SKYW.OQ |
| ROE (2012E) | 2.9% |
| Total Dbt to Cap (Dec-2010A) | 75.0% |
| Est. 5-Yr EPS / DPS Growth | 76.8% / 0% |

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Inv. Opinion | C-3-7 | C-2-7 |
| Inv. Rating | UNDERPERFORM | NEUTRAL |
| Price Obj. | 8.00 | 9.00 |
| 2012E Rev (m) | 3,726.3 | 3,722.0 |
| 2013E Rev (m) | 3,700.5 | 3,818.6 |
| 2014E Rev (m) | 3,703.8 | 3,785.3 |
| 2012E EPS | 0.35 | 0.75 |
| 2013E EPS | 0.80 | 1.00 |
| 2014E EPS | 1.00 | 1.15 |

### Estimates (Dec)

| (US$) | 2010A | 2011A | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|
| EPS | 1.40 | (0.38) | 0.75 | 1.00 | 1.15 |
| GAAP EPS | 1.89 | (0.52) | 0.75 | 1.00 | 1.15 |
| EPS Change (YoY) | -4.8% | NM | NM | 33.3% | 15.0% |
| Consensus EPS (Bloomberg) | | | 0.84 | 1.20 | NA |
| DPS | 0.12 | 0.12 | 0.12 | 0.12 | 0.12 |

### Valuation (Dec)

| | 2010A | 2011A | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|
| P/E | 5.8x | NM | 10.8x | 8.1x | 7.0x |
| GAAP P/E | 4.3x | NM | 10.8x | 8.1x | 7.0x |
| Dividend Yield | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% |
| EV / EBITDA* | 8.4x | 12.6x | 9.5x | 9.2x | 9.3x |
| Free Cash Flow Yield* | 48.6% | -2.4% | 64.7% | 69.0% | 71.4% |

\* For full definitions of *iQmethod* SM measures, see page 6.

BofA Merrill Lynch does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
Refer to important disclosures on page 7 to 9. Analyst Certification on Page 5. Price Objective Basis/Risk on page 5. Link to Definitions on page 5.    11195049

guillaume.bodart@barcap.com WISAM HIRZALLA 06/17/12 04:19:56 PM Barclays Capital (NY)

**Bank of America**
**Merrill Lynch**

SkyWest

14 August 2012

# *iQprofile*ˢᴹ SkyWest

## ■ *iQmethod*ˢᴹ – Bus Performance*

| (US$ Millions) | 2010A | 2011A | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|
| Return on Capital Employed | 3.8% | 0.8% | 2.4% | 2.6% | 2.7% |
| Return on Equity | 5.6% | -1.5% | 2.9% | 3.8% | 4.2% |
| Operating Margin | 7.8% | 1.3% | 3.8% | 3.9% | 3.9% |
| Free Cash Flow | 205 | (10) | 273 | 291 | 301 |

## ■ *iQmethod*ˢᴹ – Quality of Earnings*

| (US$ Millions) | 2010A | 2011A | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 4.4x | NM | 8.2x | 6.7x | 6.5x |
| Asset Replacement Ratio | 0.6x | 0.7x | 0.2x | 0.2x | 0.2x |
| Tax Rate | 33.9% | 45.5% | 39.7% | 39.4% | 39.3% |
| Net Debt-to-Equity Ratio | 124.1% | 124.9% | 104.3% | 90.7% | 81.2% |
| Interest Cover | 2.5x | 0.6x | 1.8x | 2.1x | 2.2x |

## Income Statement Data (Dec)

| (US$ Millions) | 2010A | 2011A | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|
| Sales | 2,765 | 3,655 | 3,722 | 3,819 | 3,785 |
| % Change | 5.8% | 32.2% | 1.8% | 2.6% | -0.9% |
| Gross Profit | 564 | 433 | 526 | 539 | 532 |
| % Change | 6.5% | -23.3% | 21.5% | 2.6% | -1.2% |
| EBITDA | 453 | 301 | 399 | 410 | 406 |
| % Change | 4.5% | -33.6% | 32.7% | 2.6% | -1.0% |
| Net Interest & Other Income | (72) | (86) | (75) | (66) | (57) |
| Net Income (Adjusted) | 79 | (20) | 40 | 51 | 54 |
| % Change | -5.1% | NM | NM | 29.0% | 5.5% |

## Free Cash Flow Data (Dec)

| (US$ Millions) | 2010A | 2011A | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 107 | (27) | 40 | 51 | 54 |
| Depreciation & Amortization | 236 | 254 | 258 | 260 | 260 |
| Change in Working Capital | (21) | (45) | (4) | (6) | 2 |
| Deferred Taxation Charge | 59 | (22) | 26 | 33 | 35 |
| Other Adjustments, Net | (33) | 2 | 3 | 3 | 0 |
| Capital Expenditure | (142) | (172) | (50) | (50) | (50) |
| Free Cash Flow | 205 | -10 | 273 | 291 | 301 |
| % Change | NM | NM | NM | 6.6% | 3.4% |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2010A | 2011A | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|
| Cash & Equivalents | 134 | 149 | 187 | 228 | 295 |
| Trade Receivables | 110 | 131 | 129 | 129 | 128 |
| Other Current Assets | 1,125 | 1,001 | 999 | 1,001 | 996 |
| Property, Plant & Equipment | 2,943 | 2,883 | 2,690 | 2,495 | 2,300 |
| Other Non-Current Assets | 134 | 118 | 116 | 115 | 114 |
| Total Assets | 4,447 | 4,282 | 4,121 | 3,967 | 3,833 |
| Short-Term Debt | 159 | 208 | 163 | 169 | 111 |
| Other Current Liabilities | 404 | 416 | 408 | 404 | 400 |
| Long-Term Debt | 1,739 | 1,607 | 1,444 | 1,275 | 1,226 |
| Other Non-Current Liabilities | 724 | 717 | 744 | 778 | 812 |
| Total Liabilities | 3,026 | 2,948 | 2,759 | 2,626 | 2,550 |
| Total Equity | 1,421 | 1,334 | 1,362 | 1,341 | 1,283 |
| Total Equity & Liabilities | 4,447 | 4,282 | 4,121 | 3,967 | 3,833 |

* For full definitions of *iQmethod*ˢᴹ measures, see page 6.

## Company Description

SkyWest flies 260 Bombardier CRJ-200 50-seat regional jets, 121 CRJ-700 70-seat jets, 31 CRJ-900 seats jets, and 51 Brasilia 30-seat turboprop planes. 92% of its flying is done through under the fixed-fee model with Delta and United. SKYW receives a fixed fee per flight to cover expenses under an agreed upon formula plus bonuses or penalties tied to operational reliability.

## Investment Thesis

Among regional jet operators, SKYW has a strong service reputation and the most favorable capacity purchase agreements that appear to lock in relatively high margins through 2020. SKYW restructuring efforts are beginning to bear fruit, and strong cash flow should enable return of capital in the intermediate-term. Long-term regional jet economics remain challenging, but SKYW best of breed and valuation seems appropriate in our view.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 598,213 |

## Quarterly Earnings Estimates

| | 2011 | 2012 |
|---|---|---|
| Q1 | -0.19A | -0.01A |
| Q2 | 0.05A | 0.33A |
| Q3 | 0.10A | 0.29E |
| Q4 | -0.33A | 0.16E |

2

guillaume.bodart@barcap.com WISAM HIRZALLA 06/17/12 04:19:56 PM Barclays Capital (NY)

**Bank of America**
**Merrill Lynch**

14 August 2012

# Restructuring actions bear fruit

SkyWest reported second quarter profits of $0.33 versus a year ago loss of $0.03, well ahead of our $0.07 estimate and the street's $0.14 estimate. Reported results included a $3.0 million ($0.03-$0.04) payment from UAL for aircraft redeployment costs incurred a year ago and higher than normal incentive fees added $0.02. Better than expected progress from restructuring actions (crew costs/productivity, maintenance, operational improvement) led to $17 million higher operating profit than we had assumed, while non-operating losses were also $5 million lower (losses from airline investments) than our estimate.

After missing analyst estimates for most of 2011, SkyWest results have now beaten estimates for two consecutive quarters and SkyWest earnings growth has resumed and accelerated. We are raising our 2012E from $0.35 to $0.75 (street $0.84) and our 2013E from $0.80 to $1.00 (street $1.20), and are raising our rating to Neutral from Underperform. As a result of our estimate hike, our price objective climbs to $9.00 from $8.00.

## Margins rise

Overall pretax margins reached 3.1% for the first time since 4Q10 (which included only half a quarter of the lower margin XJT business), and were up 3pts from last year and the first quarter. The SkyWest subsidiary's pretax margins climbed 1.7pts year over year to 5.75% while ExpressJet reduced its losses and narrowed its pretax margin by 4.8pts to -0.5%.

As compared to the year ago quarter, SkyWest revenues ex-pass through expenses increased $17.3 million on higher incentive payouts ($7mln) and the impact of annual contract rate increases. SkyWest pro-rate flying, which now accounts for 6% of total block hours, saw unit revenue increase 5%, and pretax margins improve $2.5million despite 7% fewer block hours. Excluding fuel, total expenses fell 2.2% from a year ago, due to declines in maintenance, aircraft rents, ground handling, and "other" costs. The gap between incurred maintenance expenses and reimbursements from UAL narrowed to $3.9 million ($0.04-$0.05) in the second quarter vs $12.1 million in the first quarter ($0.12-$0.13), and should narrow further in 3Q, have a neutral impact in 4Q, and reverse in 2013.

## Capacity declines cross over to gains in late 2012

SkyWest will receive 34 dual-class regional jets (5 CRJ-700s from Comair, 28 CRJ-900s from Comair and Mesaba) from Delta in return for agreeing to remove 66 CRJ-200s by the end of 2015 (41 owned by Delta, 25 by SkyWest). The replacement of smaller with larger planes will begin to reverse SkyWest's recent capacity declines in the fourth quarter, and we estimate 4% capacity growth in 2013.

## Regional economics remain challenging

Demand for regional jets continues to decline, and we expect SkyWest's capacity to resume its modest declines in 2015. With over 200 Delta 50-seat jets expected to be grounded over the next couple years, SkyWest will be challenged to find a place for the 25 it owns. We believe SkyWest trades at a significant discount to book because regional jet values have declined much faster than depreciation in the past few years.

With limited capacity growth and a gradually aging workforce and fleet, we believe cost pressures will continue to pressures margins as contractual rate increases should remain modest.

guillaume.bodart@barcap.com WISAM HIRZALLA 08/17/12 04:19:56 PM Barclays Capital (NY)

Bank of America
Merrill Lynch

14 August 2012

SkyWest

### Inexpensive valuation but still premium to sector

At 6.7 times our estimate of 2012E pretax earnings and 5 times our 2012E EBITDAR, SKYW trades will below its historic trading range, but at a premium to the mainline carriers, which we believe have greater opportunity to boost margins over time.  On the other hand, momentum rather than valuation drives airline stocks, and SkyWest's estimates are rising while the rest of the industry's estimates appear to be under pressure. SkyWest remains the leader among a dwindling number of regional competitors, and the carrier's large cash hoard (unrestricted cash and investments $11.30 per share) and limited near-term capital spending needs could enable the carrier to resume a more aggressive share buyback program.

4

guillaume.bodart@barcap.com WISAM HIRZALLA 09/17/12 04:19:56 PM Barclays Capital (NY)    CR

Bank of America
Merrill Lynch

14 August 2012

12-11343-reg    Doc 716-1    Filed 10/12/12    Entered 10/12/12 22:46:22    Exhibit 1
through 4    Pg 18 of 32

SkyWest

# Price objective basis & risk

## SkyWest (SKYW)

Our 12-month price objective for SKYW is $9. Owing to the uncertainty of returns after capacity purchase agreements expire, we apply legacy-type earnings and EBITDA multiples to regional jet financials. We derive our $8 price objective applying a blend of 4x EV/EBITDA, 7x pretax earnings and discounting free cash flow after scheduled debt payments. Our preferred measure is discounting free cash flow after debt payments out through the life of the purchase agreements and assuming 5% operating margins thereafter.

The health of the major airline partner and the status of the regional jet operators capacity purchase agreement are the biggest risks in achieving our earnings forecast and price objective for SkyWest. Service reliability, labor issues, weather, and safety concerns also affect our forecasts and price objectives, as do changes in equity risk premiums and overall stock market valuations. Upside to our estimates and price objective could occur if an improved economy lifts aircraft utilizations and margins on SKYW's 50-seat fleet, the shakeout of regional jet competitors creates new flying opportunities, at-risk flying margins benefit from stronger demand and lower fuel prices, merger synergies exceed our expectations, and management embarks on a much more aggressive share repurchase program than we anticipate.

# Link to Definitions

## Industrials

Click here for definitions of commonly used terms.

# Analyst Certification

I, Glenn D. Engel, CFA, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

## US - Airlines Coverage Cluster

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | AerCap Holdings N.V. | AER | AER US | Glenn D. Engel, CFA |
| | Air Canada | YAC A | AC/A CN | Glenn D. Engel, CFA |
| | Alaska Air Group | ALK | ALK US | Glenn D. Engel, CFA |
| | Delta Air Lines | DAL | DAL US | Glenn D. Engel, CFA |
| | Hawaiian Holdings | HA | HA US | Glenn D. Engel, CFA |
| | JetBlue Airways | JBLU | JBLU US | Glenn D. Engel, CFA |
| | US Airways Group | LCC | LCC US | Glenn D. Engel, CFA |
| | WestJet Airlines Ltd | YWJA | WJA CT | Glenn D. Engel, CFA |
| **NEUTRAL** | | | | |
| | Air Lease Corporation | AL | AL US | Glenn D. Engel, CFA |
| | Aircastle LTD | AYR | AYR US | Glenn D. Engel, CFA |
| | SkyWest | SKYW | SKYW US | Glenn D. Engel, CFA |
| | United Continental Holdings, Inc. | UAL | UAL US | Glenn D. Engel, CFA |
| **UNDERPERFORM** | | | | |
| | Allegiant Travel Company | ALGT | ALGT US | Glenn D. Engel, CFA |
| | FLY Leasing Ltd | FLY | FLY US | Glenn D. Engel, CFA |
| | Republic Airways | RJET | RJET US | Glenn D. Engel, CFA |
| | Southwest | LUV | LUV US | Glenn D. Engel, CFA |

guillaume.bodart@barcap.com  WISAM HIRZALLA 06/17/12 04:19:56 PM Barclays Capital (NY)

CR

**Bank of America**
**Merrill Lynch**

14 August 2012

---

### *iQmethod℠* Measures Definitions

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |

| Quality of Earnings | | |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | | |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod℠* is the set of BofA Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase* ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Merrill Lynch.

*iQprofile℠*, *iQmethod℠* are service marks of Merrill Lynch & Co., Inc. *iQdatabase* ® is a registered service mark of Merrill Lynch & Co., Inc.

guillaume.bodart@barcap.com WISAM HIRZALLA 06/17/12 04:19:56 PM Barclays Capital (NY)    CR

**Bank of America**
**Merrill Lynch**

SkyWest

14 August 2012

# Important Disclosures

## SKYW Price Chart



The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of July 31, 2012 or such later date as indicated.

### Investment Rating Distribution: Transport/Infrastructure Group (as of 01 Jul 2012)

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 77 | 45.83% | Buy | 51 | 69.86% |
| Neutral | 42 | 25.00% | Neutral | 23 | 56.10% |
| Sell | 49 | 29.17% | Sell | 24 | 51.06% |

### Investment Rating Distribution: Global Group (as of 01 Jul 2012)

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1913 | 50.14% | Buy | 1294 | 73.40% |
| Neutral | 994 | 26.06% | Neutral | 628 | 70.09% |
| Sell | 908 | 23.80% | Sell | 513 | 60.71% |

* Companies in respect of which BofA Merrill Lynch or one of its affiliates has received compensation for investment banking services within the past 12 months. For purposes of this distribution, a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch Comment referencing the stock.

---

Price charts for the securities referenced in this research report are available at http://pricecharts.ml.com, or call 1-800-MERRILL to have them mailed.
MLPF&S or one of its affiliates acts as a market maker for the equity securities recommended in the report: SkyWest.
MLPF&S or an affiliate has received compensation from the company for non-investment banking services or products within the past 12 months: SkyWest.
The company is or was, within the last 12 months, a non-securities business client of MLPF&S and/or one or more of its affiliates: SkyWest.
MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the common equity of the company on a principal basis: SkyWest.
BofA Merrill Lynch Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking revenues.

guillaume.bodart@barcap.com WISAM HIRZALLA 06/17/12 04:19:56 PM Barclays Capital (NY)

**Bank of America**
**Merrill Lynch**

14 August 2012

# Other Important Disclosures

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at http://www.ml.com/media/43347.pdf.

"BofA Merrill Lynch" includes Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report.

Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:

MLPF&S distributes, or may in the future distribute, research reports of the following non-US affiliates in the US (short name: legal name): Merrill Lynch (France): Merrill Lynch Capital Markets (France) SAS; Merrill Lynch (Frankfurt): Merrill Lynch International Bank Ltd., Frankfurt Branch; Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd.; Merrill Lynch (Milan): Merrill Lynch International Bank Limited; MLI (UK): Merrill Lynch International; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited; Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd.; Merrill Lynch (Canada): Merrill Lynch Canada Inc; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa; Merrill Lynch (Argentina): Merrill Lynch Argentina SA; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd.; Merrill Lynch (Seoul): Merrill Lynch International Incorporated (Seoul Branch); Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd.; DSP Merrill Lynch (India): DSP Merrill Lynch Limited; PT Merrill Lynch (Indonesia): PT Merrill Lynch Indonesia; Merrill Lynch (Israel): Merrill Lynch Israel Limited; Merrill Lynch (Russia): Merrill Lynch CIS Limited, Moscow; Merrill Lynch (Turkey I.B.): Merrill Lynch Yatirim Bank A.S.; Merrill Lynch (Turkey Broker): Merrill Lynch Menkul Değerler A.Ş.; Merrill Lynch (Dubai): Merrill Lynch International, Dubai Branch; MLPF&S (Zurich rep. office): MLPF&S Incorporated Zurich representative office; Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V.; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A.

This research report has been approved for publication and is distributed in the United Kingdom to professional clients and eligible counterparties (as each is defined in the rules of the Financial Services Authority) by Merrill Lynch International and Banc of America Securities Limited (BASL), which are authorized and regulated by the Financial Services Authority and has been approved for publication and is distributed in the United Kingdom to retail clients (as defined in the rules of the Financial Services Authority) by Merrill Lynch International Bank Limited, London Branch, which is authorized by the Central Bank of Ireland and is subject to limited regulation by the Financial Services Authority – details about the extent of its regulation by the Financial Services Authority are available from it on request; has been considered and distributed in Japan by Merrill Lynch Japan Securities Co., Ltd., a registered securities dealer under the Financial Instruments and Exchange Act in Japan; is distributed in Hong Kong by Merrill Lynch (Asia Pacific) Limited, which is regulated by the Hong Kong SFC and the Hong Kong Monetary Authority; is issued and distributed in Taiwan by Merrill Lynch Securities (Taiwan) Ltd.; is issued and distributed in India by DSP Merrill Lynch Limited; and is issued and distributed in Singapore by Merrill Lynch International Bank Limited (Merchant Bank) and Merrill Lynch (Singapore) Pte Ltd. (Company Registration No.'s F 06872E and 198602883D respectively) and Bank of America Singapore Limited (Merchant Bank). Merrill Lynch International Bank Limited (Merchant Bank) and Merrill Lynch (Singapore) Pte Ltd. are regulated by the Monetary Authority of Singapore. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this report in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this research report is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this report in Brazil. Merrill Lynch (Dubai) is authorized and regulated by the Dubai Financial Services Authority (DFSA). Research reports prepared and issued by Merrill Lynch (Dubai) are prepared and issued in accordance with the requirements of the DFSA conduct of business rules.

Merrill Lynch (Frankfurt) distributes this report in Germany. Merrill Lynch (Frankfurt) is regulated by BaFin.

This research report has been prepared and issued by MLPF&S and/or one or more of its non-US affiliates. MLPF&S is the distributor of this research report in the US and accepts full responsibility for research reports of its non-US affiliates distributed to MLPF&S clients in the US. Any US person receiving this research report and wishing to effect any transaction in any security discussed in the report should do so through MLPF&S and not such foreign affiliates.

General Investment Related Disclosures:

This research report provides general information only. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this report and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this report.

Securities and other financial instruments discussed in this report, or recommended, offered or sold by Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the company or the market that is anticipated to have a short-term price impact on the equity securities of the company. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities located outside of the United Kingdom. BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at http://www.ml.com/media/43347.pdf.

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

**Bank of America**
**Merrill Lynch**
Skyway

14 August 2012

MLPF&S or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. MLPF&S or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented in this report. Such ideas or recommendations reflect the different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this report.

In the event that the recipient received this report pursuant to a contract between the recipient and MLPF&S for the provision of research services for a separate fee, and in connection therewith MLPF&S may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom MLPF&S has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by MLPF&S). MLPF&S is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities mentioned in this report.

**Copyright and General Information regarding Research Reports:**

Copyright 2012 Merrill Lynch, Pierce, Fenner & Smith Incorporated. All rights reserved. iQmethod, iQmethod 2.0, iQprofile, iQtoolkit, iQworks are service marks of Merrill Lynch & Co., Inc. iQanalytics®, iQcustom®, iQdatabase® are registered service marks of Merrill Lynch & Co., Inc. This research report is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research reports are distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and are not publicly-available materials. Any unauthorized use or disclosure is prohibited. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets) without first obtaining expressed permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such companies in research reports. To the extent this report discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this report. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving companies mentioned in this report is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This report has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of MLPF&S, any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This report may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this report and is not incorporated by reference into this report. The inclusion of a link in this report does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports may contain discussions and/or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent research report relating to a company or issuer prior to making an investment decision.

In some cases, a company or issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such company or issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with MLPF&S or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents.

guillaume.bodart@barcap.com WISAM HIRZALLA 06/17/12 04:19:56 PM Barclays Capital (NY)          CR

# Exhibit 4

# Deutsche Bank
## Markets Research

| | |
|---|---|
| Rating | Company |
| **Buy** | **SkyWest, Inc.** |

North America
United States

Industrials
Airlines

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| SKYW.OQ | SKYW US | NMS | SKYW |

Date
8 August 2012

## Forecast Change

| | |
|---|---|
| Price at 7 Aug 2012 (USD) | 6.69 |
| Price Target | 12.00 |
| 52-week range | 14.05 - 6.31 |

# Turnaround accelerating; raising EPS forecast

### June Q results validate profit turnaround
After two consecutive quarterly losses, SkyWest reported June Q diluted EPS of $0.33 which significantly exceeded both our EPS forecast of $0.10 and the consensus EPS of $0.14. The results also compared very favorably to last year's EPS of a nickel (ex-specials). In our view, the June quarterly results validate the profit turnaround at SkyWest, which was the basis for our out-of-consensus call to raise our rating on SKYW shares to a Buy back in early May. We think the company's cost/revenue improvements achieved thus far are sustainable, and we think the trend should continue into 2H 2012 and 2013. We maintain our Buy rating.

### Flat top line combined with cost reduction drives margin growth
On the surface, top line increased 0.4% or $3.5 mm to $937 mm vs. our forecast of $951 mm. However, excluding the impact of certain pass-through costs that run through revenue, top-line increased $17.3 mm and was in line with our sales forecast. Where the company excelled was on the cost side: crew/crew-related training costs declined $10 mm and engine/airframe maintenance costs declined $3 mm. Also, smoother running operations translated into better on-time and completion factor performance resulting in $7.0 mm of increased incentive pay. Overall, SkyWest had a 5.0% operating margin (vs. our 3.1% forecast), a 2.8 point improvement from a year ago.

### Recent Delta agreement should mitigate 50-seat regional jet concerns
SkyWest still has some work to do regarding the size of its 50-seat regional jet fleet. However, the recent accord with Delta to phase out 66 CRJ-200s partially offset by the addition of 34 dual-class CRJ-700/900s suggests that the company should fare okay as a result of Delta's downsizing of its 50-seat regional jet operation. We believe SKYW's share price has been under tremendous pressure this year as investors feared the worst outcome with Delta, combined with another financially challenging year.

### Raising estimates reflecting better-than-expected turnaround progress
We are raising our '12 EPS estimate from $0.75 to $0.90 (vs. consensus of $0.70) reflecting today's solid earnings beat and good progress under the turnaround plan. We are maintaining our '13 EPS est. of $1.30 (vs. consensus of $1.16). Our Sep Q '12 EPS est. is $0.30 (vs. consensus of $0.33).

### Valuation and risks
Our 12-month price target for SKYW shares is $12 (+40% above current levels). Our PT is derived using EV/EBITDAR and P/E multiples. A key risk is execution risk with the turnaround plan. *For more details, see page 4.*

**Equity**

Michael Linenberg

Research Analyst
(+1) 212 250-9254
michael.linenberg@db.com

Richa Talwar

Research Associate
(+1 ) 212 250-9469
richa.talwar@db.com

Catherine O'Brien

Research Associate
(+1) 212 250-8949
catherine-m.o-brien@db.com

**Fixed Income**

Doug Runte, CFA

Research Analyst
(+1) 212 250-9319
douglas.runte@db.com

Price/price relative



Performance (%)

| | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | -4.2 | -28.5 | -48.6 |
| S&P 500 INDEX | 3.4 | 2.3 | 16.8 |

Forecasts And Ratios

| Year End Dec 31 | 2011A | 2012E | 2013E |
|---|---|---|---|
| FY EPS (USD) | -0.34 | 0.90 | 1.30 |
| P/E (x) | – | 7.4 | 5.1 |

Source: Deutsche Bank estimates, company data

Deutsche Bank Securities Inc.

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MICA(P) 072/04/2012.

8 August 2012

Airlines

SkyWest, Inc.



Model updated:08 August 2012

## Running the numbers

North America

United States

Airlines

## SkyWest, Inc.

Reuters: SKYW.OQ     Bloomberg: SKYW US

## Buy

| | |
|---|---|
| Price (7 Aug 12) | USD 6.69 |
| Target Price | USD 12.00 |
| 52 Week range | USD 6.31 - 14.05 |
| Market Cap (m) | USDm 341 |
| | EURm 276 |

### Company Profile

SkyWest Airlines, based in St. George, Utah, and Atlantic Southeast Airlines ("ASA"), based in Atlanta, Georgia, are wholly owned subsidiaries of SkyWest, Inc. SkyWest Airlines operates as United Express and Delta Connection under contractual agreements with United and Delta. SkyWest Airlines also has a marketing agreement with AirTran. ASA operates as a Delta Connection carrier under a contractual agreement with Delta. ASA began service as a United Express carrier in 2010 under a contractual agreement with United.

### Price Performance

### Margin Trends



### Growth & Profitability



### Solvency



Michael Linenberg

+1 212 250-9254     michael.linenberg@db.com

| Fiscal year end 31-Dec | 2008 | 2009 | 2010 | 2011 | 2012E | 2013E |
|---|---|---|---|---|---|---|
| **Financial Summary** | | | | | | |
| DB EPS (USD) | 1.93 | 1.47 | 1.40 | -0.34 | 0.90 | 1.30 |
| Reported EPS (USD) | 1.93 | 1.47 | 1.71 | -0.52 | 0.90 | 1.30 |
| DPS (USD) | 0.12 | 0.16 | 0.16 | 0.00 | 0.10 | 0.15 |
| BVPS (USD) | 22.07 | 24.21 | 25.55 | 25.56 | 27.11 | 28.42 |
| **Valuation Metrics** | | | | | | |
| Price/Sales (x) | 0.3 | 0.3 | 0.3 | 0.2 | 0.1 | 0.1 |
| P/E (DB) (x) | 9.2 | 9.5 | 10.2 | nm | 7.4 | 5.1 |
| P/E (Reported) (x) | 9.2 | 9.5 | 8.4 | nm | 7.4 | 5.1 |
| P/BV (x) | 0.8 | 0.7 | 0.6 | 0.5 | 0.2 | 0.2 |
| | | | | | | |
| FCF yield (%) | 18.3 | nm | 22.4 | nm | 93.3 | 78.3 |
| Dividend yield (%) | 0.7 | 1.1 | 1.1 | 0.0 | 1.5 | 2.2 |
| | | | | | | |
| EV/Sales | 1.0 | 1.2 | 1.2 | 0.9 | 0.8 | 0.8 |
| EV/EBITDA | 7.3 | 7.3 | 7.8 | 11.5 | 7.3 | 6.9 |
| EV/EBIT | 13.6 | 14.9 | 17.0 | 73.9 | 19.5 | 16.6 |
| **Income Statement (USDm)** | | | | | | |
| Sales | 3,496 | 2,614 | 2,765 | 3,655 | 3,749 | 4,018 |
| EBITDA | 475 | 434 | 436 | 301 | 418 | 484 |
| EBIT | 255 | 212 | 199 | 47 | 158 | 201 |
| Pre-tax profit | 176 | 132 | 128 | -39 | 78 | 110 |
| Net income | 113 | 84 | 79 | -18 | 46 | 67 |
| **Cash Flow (USDm)** | | | | | | |
| Cash flow from operations | 416 | 363 | 330 | 171 | 468 | 407 |
| Net Capex | -227 | -403 | -151 | -186 | -150 | -140 |
| Free cash flow | 188 | -40 | 179 | -15 | 318 | 267 |
| Equity raised/(bought back) | -85 | -10 | -25 | -56 | 0 | 0 |
| Dividends paid | -7 | -9 | -9 | -8 | 0 | 0 |
| Net inc/(dec) in borrowings | -36 | 170 | -100 | -69 | -251 | -157 |
| Other investing/financing cash flows | -50 | -160 | -26 | 174 | -145 | -8 |
| Net cash flow | 10 | -49 | 19 | 26 | -78 | 102 |
| Change in working capital | 7 | 12 | -16 | -44 | 129 | 6 |
| **Balance Sheet (USDm)** | | | | | | |
| Cash and cash equivalents | 705 | 732 | 805 | 647 | 714 | 824 |
| Property, plant & equipment | 2,709 | 2,880 | 2,943 | 2,883 | 2,773 | 2,629 |
| Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| Other assets | 600 | 699 | 708 | 752 | 765 | 819 |
| Total assets | 4,014 | 4,311 | 4,456 | 4,282 | 4,251 | 4,272 |
| Debt | 1,811 | 1,965 | 1,898 | 1,815 | 1,565 | 1,408 |
| Other liabilities | 927 | 994 | 1,137 | 1,132 | 1,306 | 1,416 |
| Total liabilities | 2,739 | 2,959 | 3,035 | 2,948 | 2,870 | 2,824 |
| Total shareholders' equity | 1,276 | 1,352 | 1,421 | 1,334 | 1,381 | 1,448 |
| Net debt | 1,106 | 1,232 | 1,093 | 1,169 | 851 | 584 |
| **Key Company Metrics** | | | | | | |
| Sales growth (%) | 3.6 | -25.2 | 5.8 | 32.2 | 2.6 | 7.2 |
| DB EPS growth (%) | -21.8 | -23.6 | -4.7 | na | na | 44.4 |
| Payout ratio (%) | 6.1 | 10.7 | 11.2 | nm | 11.3 | 11.2 |
| | | | | | | |
| EBITDA Margin (%) | 13.6 | 16.6 | 15.8 | 8.2 | 11.2 | 12.0 |
| EBIT Margin (%) | 7.3 | 8.1 | 7.2 | 1.3 | 4.2 | 5.0 |
| | | | | | | |
| ROE (%) | 9.0 | 6.4 | 7.0 | -2.0 | 3.4 | 4.8 |
| Net debt/equity (%) | 86.7 | 91.1 | 76.9 | 87.6 | 61.6 | 40.3 |
| Net interest cover (x) | 3.0 | 2.8 | 2.8 | 0.6 | 2.2 | 2.3 |
| **DuPont Analysis** | | | | | | |
| EBIT margin (%) | 7.3 | 8.1 | 7.2 | 1.3 | 4.2 | 5.0 |
| x Asset turnover (x) | 0.9 | 0.6 | 0.6 | 0.8 | 0.9 | 0.9 |
| x Financial cost ratio (x) | 0.7 | 0.6 | 0.6 | -0.5 | 0.5 | 0.6 |
| x Tax and other effects (x) | 0.7 | 0.6 | 0.8 | 1.1 | 0.5 | 0.6 |
| = ROA (post tax) (%) | 2.8 | 2.0 | 2.2 | -0.6 | 1.1 | 1.6 |
| x Financial leverage (x) | 3.2 | 3.2 | 3.2 | 3.2 | 3.1 | 3.0 |
| = ROE (%) | 9.0 | 6.4 | 7.0 | -2.0 | 3.4 | 4.8 |
| annual growth (%) | -29.9 | -29.0 | 9.2 | na | na | 39.2 |
| x NTA/share (avg) (x) | 21.5 | 23.1 | 24.5 | 26.2 | 26.3 | 27.3 |
| | | | | | | |
| = Reported EPS | 1.93 | 1.47 | 1.71 | -0.52 | 0.90 | 1.30 |
| annual growth (%) | -22.5 | -23.6 | 15.9 | na | na | 44.4 |

Source: Company data, Deutsche Bank estimates

---

    Deutsche Bank Securities Inc.

8 August 2012
Airlines
SkyWest, Inc.



# Conference Call Highlights

## Flat top-line combined with cost reduction drives margin growth

On the surface, top line increased 0.4% or $3.5 million to $937 million versus our forecast of $951 million. However, excluding the impact of pass-through costs such as fuel and engine overhaul expense (which run through revenue), top line increased $17.3 million and was in line with our sales forecast. Where the company excelled was on the cost side, as crew and crew-related training costs fell by $10 million year over year and engine/airframe maintenance costs declined by $3 million. Also, smoother running operations translated into better on-time and completion factor performance resulting in $7.0 million of increased incentive pay. Overall, SkyWest produced a 5.0% operating margin (versus our 3.1% forecast), a 2.8 point improvement from a year ago.

## Recent Delta agreement should mitigate 50-seat regional jet concerns

SkyWest still has some work to do regarding the size of its 50-seat regional jet fleet. On that front, the company recently struck an accord with Delta to phase out 66 CRJ-200s—41 of which are owned by Delta (and will simply be returned with no obligation) and 25 of which are owned by SkyWest. Regarding the latter, management expressed confidence in its ability to quickly place those aircraft. The Delta deal also included the addition of 34 dual-class CRJ-700/900s, which partially offsets the CRJ-200 phase out. Overall, the agreement suggests that SkyWest should fare okay as a result of Delta downsizing its 50-seat regional jet operation. We believe SKYW's share price has been under tremendous pressure this year as investors feared the worst outcome with Delta, combined with another financially challenging year. It seems both of these concerns were alleviated with today's results.

## Solid liquidity; possibility for share buybacks

SkyWest ended the quarter with $629.5 million in cash and marketable securities, up $46 million from the end of the prior quarter. Long-term debt was $1.53 billion or $50 million lower than at the end of the prior quarter. The company generated $111 million in operating cash flow in the June quarter. After getting through the bulk of its turnaround efforts, we think management is well-positioned to generate solid cash flows in periods to come. Share buybacks were said to be a "big topic of conversation" at the company, when evaluating opportunities for capital deployment.

8 August 2012
Airlines
SkyWest, Inc.

# Company Outlook

## Raising estimates reflecting better-than-expected turnaround progress

We are raising our 2012 EPS estimate for SkyWest from $0.75 to $0.90 (versus consensus of $0.70) reflecting today's solid earnings beat and anticipated future successes under the company's turnaround plan.  Underlying our 2012 forecast is an operating margin of 4.2% (+2.9 points versus last year).  We are maintaining our 2013 EPS estimate of $1.30 (versus consensus of $1.16).   Our 2013 operating margin estimate is 5.0%.  Our September quarter 2012 EPS estimate is $0.30 (versus consensus of $0.33).

*For more information on drivers of our forecast, refer to our model on Page 5.*

## Valuation and risks

Our 12-month price target for SKYW shares is $12, which is about 40% above where the stock is presently trading.  Our PT is derived using an EV/EBITDAR multiple of 5.2x and a P/E multiple of 9.2x on our 2013 estimates, both in line with historical averages (10+ years). We believe the application of historical averages is appropriate, as we think the uncertain economic outlook and high beta nature of airline stocks reduces the likelihood of near-term multiple expansion.

Risks to our target price being achieved include "speed bumps" encountered as the company executes its turnaround plan, integration issues tied to ExpressJet/Atlantic Southeast merger, and the deteriorating economics of 50-seat regional jets, of which, SkyWest has approximately 500 in its fleet.

Deutsche Bank Securities Inc.

8 August 2012
Airlines
SkyWest, Inc.

## Figure 1: SkyWest, Inc.  Actual and Projected Income Statement ($ in millions)

| | 2010 YEAR | %CHG | 2011 1ST Q | %CHG | 2011 2ND Q | %CHG | 2011 3RD Q | %CHG | 2011 4TH Q | %CHG | 2011 YEAR | %CHG | 2012 1ST Q | %CHG | 2012 2ND Q | %CHG | 2012E 3RD Q | %CHG | 2012E 4TH Q | %CHG | 2012E YEAR | %CHG | 2013E YEAR | %CHG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Passenger | $2,724 | 5.5% | $844 | 35.5% | $920 | 43.2% | $936 | 38.3% | $884 | 13.1% | $3,585 | 31.6% | $902 | 6.9% | $921 | 0.1% | $915 | 3.4% | | | $3,679 | 2.6% | $3,946 | 7.3% |
| Cargo & Freight | 41 | 30.3% | 21 | 135.2% | 14 | 85.3% | 19 | 92.0% | 16 | 9.5% | 70 | 71.6% | 19 | -12.4% | 17 | 18.4% | 17 | -10.8% | 17 | 9.0% | 69 | -1.1% | 72 | 3.7% |
| **TOTAL REVENUE:** | 2,765 | 5.8% | 866 | 37.0% | 934 | 43.7% | 955 | 39.1% | 900 | 13.0% | 3,655 | 32.2% | 921 | 6.4% | 937 | 0.4% | 959 | 0.3% | 932 | 3.5% | 3,749 | 2.6% | 4,018 | 7.2% |
| **OPERATING EXPENSES:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Salaries & Benefits | 765 | 9.5% | 286 | 60.3% | 290 | 67.0% | 288 | 56.5% | 290 | 27.4% | 1,154 | 50.9% | 291 | 1.6% | 291 | 0.2% | 293 | 1.5% | 275 | -5.0% | 1,149 | -0.4% | 1,244 | 8.2% |
| Aircraft Fuel | 340 | -13.0% | 127 | 72.4% | 161 | 88.8% | 160 | 83.6% | 144 | 54.1% | 593 | 74.3% | 147 | 16.3% | 154 | -4.9% | 155 | -3.5% | 147 | 2.0% | 603 | 1.7% | 634 | 5.2% |
| Maintenance | 499 | 14.4% | 163 | 52.8% | 176 | 58.4% | 190 | 57.0% | 184 | 15.0% | 713 | 43.0% | 180 | 10.1% | 167 | -5.2% | 174 | -8.4% | 174 | -5.3% | 694 | -2.6% | 696 | 0.3% |
| Aircraft Rentals | 312 | 3.7% | 86 | 13.0% | 88 | 16.4% | 87 | 11.5% | 86 | 4.0% | 347 | 11.1% | 85 | -1.8% | 84 | -4.7% | 87 | 1.0% | 89 | 4.3% | 345 | -0.3% | 375 | 8.5% |
| Station Rentals & Landing Fees | 130 | 11.4% | 43 | 47.6% | 42 | 38.5% | 46 | 44.5% | 44 | 14.8% | 175 | 35.0% | 44 | 3.1% | 44 | 4.6% | 47 | 1.4% | 44 | 0.4% | 179 | 2.3% | 191 | 6.9% |
| Depreciation & Amortization | 236 | 6.7% | 63 | 8.7% | 64 | 9.1% | 63 | 7.9% | 64 | 4.4% | 254 | 7.5% | 64 | 1.8% | 64 | 0.8% | 65 | 3.0% | 67 | 5.1% | 261 | 2.7% | 283 | 8.5% |
| Ground Handling Services | 111 | 15.5% | 37 | 25.2% | 33 | 22.0% | 30 | 13.5% | 31 | 14.1% | 131 | 18.8% | 35 | -4.2% | 30 | -9.9% | 31 | 2.9% | 29 | -6.3% | 126 | -4.5% | 138 | 9.7% |
| Other Airline | 173 | 22.2% | 60 | 56.4% | 58 | 52.2% | 62 | 53.8% | 61 | 7.8% | 241 | 39.0% | 54 | -8.7% | 57 | -2.3% | 60 | -2.2% | 62 | 0.7% | 234 | -3.1% | 256 | 9.8% |
| Non-Recurring | (2) | NM | 1 | NM | 1 | NM | 2 | NM | 1 | NM | 6 | NM | 0 | NM | 0 | NM | 0 | NM | 0 | NM | 0 | NM | 0 | NM |
| **TOTAL OPERATING EXPENSES:** | 2,563 | 6.7% | 866 | 46.8% | 915 | 52.3% | 929 | 47.7% | 905 | 21.6% | 3,614 | 41.0% | 901 | 4.0% | 890 | -2.7% | 917 | -1.8% | 888 | -1.9% | 3,591 | -0.6% | 3,817 | 6.3% |
| **OPER. INCOME (Margins in Box)** | 202 | 7.3% | 0 | 0.0% | 19 | 2.0% | 27 | 2.8% | (5) | -0.6% | 41 | 1.1% | 20 | 2.2% | 47 | 5.0% | 46 | 4.9% | 44 | 4.7% | 158 | 4.2% | 201 | 5.0% |
| *Op. Income Excl. Non-Recurring* | 199 | 7.2% | 1 | 0.1% | 20 | 2.2% | 29 | 3.0% | (4) | -0.4% | 47 | 1.3% | 20 | 2.2% | 47 | 5.0% | 46 | 4.9% | 44 | 4.7% | 158 | 4.2% | 201 | 5.0% |
| **OTHER INCOME (EXPENSE):** | | | | | | | | | | | | | | | | | | | | | | | | |
| Interest Income | 14 | | 2 | | 2 | | 2 | | 2 | | 8 | | 2 | | 2 | | 2 | | | | 6 | | 8 | |
| Interest Expense | (87) | | (20) | | (20) | | (20) | | (20) | | (80) | | (20) | | (19) | | (20) | | (20) | | (79) | | (96) | |
| Non-Recurring | 16 | | 0 | | 0 | | (6) | | 0 | | (6) | | 0 | | 0 | | 0 | | 0 | | 0 | | | |
| Other | 1 | | (1) | | (3) | | (5) | | (5) | | (13) | | (4) | | (1) | | (2) | | (1) | | (7) | | (3) | |
| **TOTAL OTHER INCOME:** | (56) | | (19) | | (21) | | (29) | | (23) | | (91) | | (22) | | (18) | | (21) | | (20) | | (80) | | (91) | |
| **PRETAX INCOME (Margins in Box)** | 146 | 5.3% | (19) | -2.1% | (2) | -0.2% | (2) | -0.2% | (28) | -3.1% | (50) | -1.4% | (1) | -0.1% | 29 | 3.1% | 26 | 2.7% | 24 | 2.6% | 78 | 2.1% | 110 | 2.7% |
| *P-T Income Excl. Non-Recurring* | 128 | 4.6% | (18) | -2.0% | (0) | 0.0% | 6 | 0.6% | (27) | -3.0% | (2) | -1.1% | (1) | -0.1% | 29 | 3.1% | 26 | 2.7% | 24 | 2.6% | 78 | 2.1% | 110 | 2.7% |
| **INCOME TAXES (CREDIT):** | 50 | | (7) | | (3) | | (2) | | | | (23) | | (1) | | 12 | | 10 | | 10 | | 31 | | 43 | |
| Tax Rate | 33.9% | | 40.3% | | 189.9% | | 105.5% | | 35.3% | | 45.5% | | 44.2% | | 40.8% | | 40.0% | | 40.0% | | 40.2% | | 39.0% | |
| **NET INCOME Before Extraord. Items** | 96 | | (11) | | (0) | | (0) | | (18) | | (27) | | (1) | | 17 | | 16 | | 15 | | 46 | | 67 | |
| Extraordinary Items | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| **NET INCOME After Extraord. Items** | $96 | | ($11) | | $2 | | $0 | | ($18) | | ($27) | | ($1) | | $17 | | $16 | | $15 | | $46 | | $67 | |
| **NET INCOME TO COMMON S/Hs:** | $96 | | ($11) | | $2 | | $0 | | ($18) | | ($27) | | ($1) | | $17 | | $16 | | $15 | | $46 | | $67 | |
| **PRO FORMA NI TO COMMON S/Hs:*** | $79 | 2.9% | ($10) | -1.2% | $2 | 0.3% | $7 | 0.8% | ($17) | -1.9% | ($18) | -0.5% | ($1) | -0.1% | $17 | 1.8% | $16 | 1.6% | $15 | 1.6% | $46 | 1.2% | $67 | 1.7% |
| Shares Outstanding - Basic | 56 | | 54 | | 53 | | 52 | | 51 | | 52 | | 51 | | 51 | | 51 | | 51 | | 51 | | 51 | |
| Shares Outstanding - Diluted | 57 | | 54 | | 53 | | 52 | | 51 | | 52 | | 51 | | 52 | | 52 | | 52 | | 52 | | 52 | |
| **GAAP EPS - Basic** | $1.73 | | ($0.21) | | $0.03 | | $0.00 | | ($0.35) | | ($0.52) | | ($0.01) | | $0.33 | | $0.31 | | $0.29 | | $0.91 | | $1.32 | |
| **GAAP EPS - Diluted** | $1.71 | | ($0.21) | | $0.03 | | $0.00 | | ($0.35) | | ($0.52) | | ($0.01) | | $0.33 | | $0.30 | | $0.28 | | $0.90 | | $1.30 | |
| **Pro Forma EPS - Diluted** | $1.40 | | ($0.19) | | $0.05 | | $0.14 | | ($0.34) | | ($0.34) | | ($0.01) | | $0.33 | | $0.30 | | $0.28 | | $0.90 | | $1.30 | |
| **OPERATING STATISTICS:*** | | | | | | | | | | | | | | | | | | | | | | | | |
| RPMs | 20,227 | 15.9% | 6,448 | 48.3% | 7,547 | 57.3% | 7,885 | 54.3% | 7,229 | 21.1% | 29,109 | 43.9% | 6,939 | 7.6% | 7,690 | 1.9% | 7,872 | -0.2% | 7,360 | 1.8% | 29,860 | 2.6% | 30,533 | 2.3% |
| ASMs | 25,504 | 15.2% | 8,607 | 52.6% | 9,394 | 58.1% | 9,684 | 53.0% | 9,058 | 19.3% | 36,743 | 44.1% | 9,003 | 4.6% | 9,344 | -0.5% | 9,600 | -0.9% | 9,200 | 1.6% | 37,148 | 1.1% | 38,262 | 3.0% |
| Load Factor (%) | 79.3% | 0.5pp | 74.9% | -2.2pp | 80.3% | -0.4pp | 81.4% | 0.7pp | 79.8% | 1.2pp | 79.2% | -0.1pp | 77.1% | 2.2pp | 82.3% | 2.0pp | 82.0% | 0.6pp | 80.0% | 0.2pp | 80.4% | 1.2pp | 79.8% | -0.6pp |
| Yield (¢) | 13.47 | -9.0% | 13.10 | -8.6% | 12.19 | -9.0% | 11.88 | -10.4% | 12.23 | -6.6% | 12.31 | -8.6% | 13.00 | -0.7% | 11.97 | -1.8% | 11.96 | 0.7% | 12.43 | 1.6% | 12.32 | 0.1% | 12.92 | 4.9% |
| Passenger Revenue/ASM (¢) | 10.68 | -8.4% | 9.81 | -11.2% | 9.79 | -9.4% | 9.67 | -9.6% | 9.76 | -5.2% | 9.76 | -8.7% | 10.02 | 2.1% | 9.85 | 0.6% | 9.81 | 1.4% | 9.94 | 1.8% | 9.90 | 1.5% | 10.31 | 4.1% |
| Total Revenue/ASM (¢) | 10.84 | -8.1% | 10.06 | -10.2% | 9.94 | -9.1% | 9.87 | -9.1% | 9.93 | -5.3% | 9.95 | -8.3% | 10.23 | 1.7% | 10.03 | 0.9% | 9.98 | 1.2% | 10.13 | 1.9% | 10.09 | 1.4% | 10.50 | 4.0% |
| Cost/ASM (¢) | 10.06 | -7.2% | 10.05 | -3.9% | 9.72 | -3.8% | 9.57 | -3.7% | 9.98 | 1.4% | 9.82 | -2.4% | 10.00 | -0.4% | 9.53 | -2.0% | 9.50 | -0.7% | 9.65 | -3.3% | 9.67 | -1.6% | 9.98 | 3.2% |
| Fuel Price (¢/gal) (ex-tax) | 223.6 | 20.8% | 315.5 | 13.0% | 368.1 | 19.4% | 354.5 | 20.0% | 341.7 | 29.2% | 345.7 | 54.6% | 350.8 | 11.2% | 352.0 | -4.4% | 345.0 | -2.7% | 343.0 | 0.4% | 347.7 | 0.8% | 355.0 | 2.1% |
| Fuel Gallons (mm) | 119 | -43.4% | 40 | 52.6% | 44 | 58.1% | 45 | 53.0% | 42 | 19.3% | 172 | 44.1% | 42 | 4.6% | 44 | -0.5% | 45 | -0.9% | 43 | 1.6% | 173 | 1.1% | 179 | 3.0% |
| Break-Even Load Factor (%) | 72.9% | 1.3pp | 74.8% | 3.5pp | 78.4% | 4.5pp | 78.6% | 5.6pp | 80.2% | 7.1pp | 78.1% | 5.2pp | 75.1% | 0.3pp | 77.6% | -0.7pp | 77.5% | -1.1pp | 75.7% | -4.4pp | 76.6% | -1.5pp | 75.3% | -1.3pp |

*Operating statistics exclude effect of non-recurring items.*

Source: Deutsche Bank Airline Research, company data



8 August 2012
Airlines
SkyWest, Inc.



# Appendix 1

## Important Disclosures

Additional information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| SkyWest, Inc. | SKYW.OQ | 6.68 (USD) 7 Aug 12 | 2 |

*Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors.  Data is sourced from Deutsche Bank and subject companies

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States. See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2.    Deutsche Bank and/or its affiliate(s) makes a market in securities issued by this company.

## Important Disclosures Required by Non-U.S. Regulators

Please also refer to disclosures in the Important Disclosures Required by US Regulators and the Explanatory Notes.

2.    Deutsche Bank and/or its affiliate(s) makes a market in securities issued by this company.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at http://gm.db.com/ger/disclosure/Disclosure.eqsr?ricCode=SKYW.OQ

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer.  In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report.  Michael Linenberg

8 August 2012
Airlines
SkyWest, Inc.

## Historical recommendations and target price: SkyWest, Inc. (SKYW.OQ)
*(as of 8/7/2012)*



**Previous Recommendations**

Strong Buy
Buy
Market Perform
Underperform
Not Rated
Suspended Rating

**Current Recommendations**

Buy
Hold
Sell
Not Rated
Suspended Rating

*New Recommendation Structure as of September 9,2002

| | | | | |
|---|---|---|---|---|
| 1. | 03/07/2011: | Upgrade to Buy, Target Price Change USD20.00 | 3. 05/02/2012: | Upgrade to Buy, USD12.00 |
| 2. | 07/18/2011: | Downgrade to Sell, Target Price Change USD12.00 | | |

## Equity rating key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.
Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock
Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.
Notes:

1.  Newly issued research recommendations and target prices always supersede previously published research.
2.  Ratings definitions prior to 27 January, 2007 were:

> Buy: Expected total return (including dividends) of 10% or more over a 12-month period
> Hold: Expected total return (including dividends) between -10% and 10% over a 12-month period
> Sell: Expected total return (including dividends) of -10% or worse over a 12-month period

## Equity rating dispersion and banking relationships



North American Universe

8 August 2012
Airlines
SkyWest, Inc.

## Regulatory Disclosures

### 1.  Important Additional Conflict Disclosures

Aside from within this report, important conflict disclosures can also be found at https://gm.db.com/equities under the "Disclosures Lookup" and "Legal" tabs.  Investors are strongly encouraged to review this information before investing.

### 2.  Short-Term Trade Ideas

Deutsche Bank equity research analysts sometimes have shorter-term trade ideas (known as SOLAR ideas) that are consistent or inconsistent with Deutsche Bank's existing longer term ratings.  These trade ideas can be found at the SOLAR link at http://gm.db.com.

### 3.  Country-Specific Disclosures

Australia and New Zealand: This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act respectively.

Brazil: The views expressed above accurately reflect personal views of the authors about the subject company(ies) and its(their) securities, including in relation to Deutsche Bank.  The compensation of the equity research analyst(s) is indirectly affected by revenues deriving from the business and financial transactions of Deutsche Bank.  In cases where at least one Brazil based analyst (identified by a phone number starting with +55 country code) has taken part in the preparation of this research report, the Brazil based analyst whose name appears first assumes primary responsibility for its content from a Brazilian regulatory perspective and for its compliance with CVM Instruction # 483.

EU countries: Disclosures relating to our obligations under MiFiD can be found at http://www.globalmarkets.db.com/riskdisclosures.

Japan: Disclosures under the Financial Instruments and Exchange Law: Company name - Deutsche Securities Inc. Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No.  117.  Member of associations: JSDA, Type II Financial Instruments Firms Association, The Financial Futures Association of Japan, Japan Investment Advisers Association.  Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer.  Stock transactions can lead to losses as a result of share price fluctuations and other factors.  Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations.  "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless "Japan" or "Nippon" is specifically designated in the name of the entity.

Russia: This information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

## Deutsche Bank Securities Inc.

### North American locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
Tel: (212) 250 2500

**Deutsche Bank Securities Inc.**
One International Place
12th Floor
Boston, MA 02110
United States of America
Tel: (1) 617 217 6100

**Deutsche Bank Securities Inc.**
222 South Riverside Plaza
30th Floor
Chicago, IL 60606
Tel: (312) 537-3758

**Deutsche Bank Securities Inc.**
1735 Market Street
24th Floor
Philadelphia, PA 19103
Tel: (215) 854 1546

**Deutsche Bank Securities Inc.**
101 California Street
46th Floor
San Francisco, CA 94111
Tel: (415) 617 2800

**Deutsche Bank Securities Inc.**
700 Louisiana Street
Houston, TX 77002
Tel: (832) 239-4600

### International locations

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank AG**
Große Gallusstraße 10-14
60272 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

## Global Disclaimer

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). The information herein is believed to be reliable and has been obtained from public sources believed to be reliable. Deutsche Bank makes no representation as to the accuracy or completeness of such information.

Deutsche Bank may engage in securities transactions, on a proprietary basis or otherwise, in a manner inconsistent with the view taken in this research report. In addition, others within Deutsche Bank, including strategists and sales staff, may take a view that is inconsistent with that taken in this research report.

Opinions, estimates and projections in this report constitute the current judgement of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof in the event that any opinion, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Prices and availability of financial instruments are subject to change without notice. This report is provided for informational purposes only. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst judgement.

As a result of Deutsche Bank's March 2010 acquisition of BHF-Bank AG, a security may be covered by more than one analyst within the Deutsche Bank group. Each of these analysts may use differing methodologies to value the security; as a result, the recommendations may differ and the price targets and estimates of each may vary widely.

In August 2009, Deutsche Bank instituted a new policy whereby analysts may choose not to set or maintain a target price of certain issuers under coverage with a Hold rating. In particular, this will typically occur for "Hold" rated stocks having a market cap smaller than most other companies in its sector or region. We believe that such policy will allow us to make best use of our resources. Please visit our website at http://gm.db.com to determine the target price of any stock.

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions. Stock transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Deutsche Bank may with respect to securities covered by this report, sell to or buy from customers on a principal basis, and consider this report in deciding to trade on a proprietary basis.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. In the U.S. this report is approved and/or distributed by Deutsche Bank Securities Inc., a member of the NYSE, the NASD, NFA and SIPC. In Germany this report is approved and/or communicated by Deutsche Bank AG Frankfurt authorized by the BaFin. In the United Kingdom this report is approved and/or communicated by Deutsche Bank AG London, a member of the London Stock Exchange and regulated by the Financial Services Authority for the conduct of investment business in the UK and authorized by the BaFin. This report is distributed in Hong Kong by Deutsche Bank AG, Hong Kong Branch, in Korea by Deutsche Securities Korea Co. This report is distributed in Singapore by Deutsche Bank AG, Singapore Branch, and recipients in Singapore of this report are to contact Deutsche Bank AG, Singapore Branch in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), Deutsche Bank AG, Singapore Branch accepts legal responsibility to such person for the contents of this report. In Japan this report is approved and/or distributed by Deutsche Securities Inc. The information contained in this report does not constitute the provision of investment advice. In Australia, retail clients should obtain a copy of a Product Disclosure Statement (PDS) relating to any financial product referred to in this report and consider the PDS before making any decision about whether to acquire the product. Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10). Additional information relating to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published by any person for any purpose without Deutsche Bank's prior written consent. Please cite source when quoting.

Copyright © 2012 Deutsche Bank AG