Hearing Date: Oct. 16, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PINNACLE AIRLINES CORP., *et al.*,

Debtors.

Chapter 11

Case No. 12-11343 (REG)

(Jointly Administered)

**CORRECTION TO THE DECLARATION OF DANIEL M. KASPER IN SUPPORT OF DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS WITH THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL AND THE ASSOCIATION OF FLIGHT ATTENDANTS-CWA PURSUANT TO 11 U.S.C. § 1113**

| Declarant | Page/¶ | Text | Correction |
|---|---|---|---|
| Daniel M. Kasper | 38/¶ 53 | "SkyWest's pre-tax margin excluding special charges was -1.4%..." | "SkyWest's pre-tax margin was -1.4%..." |

I, Daniel M. Kasper, declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 15, 2012

Daniel M. Kasper