**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

**In re**

    **Pinnacle Airlines Corp.**　　　　　　　　**Case No: 12- 11343 (REG**

    **Debtor.**
-----------------------------------------------------------X


**<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, NOVEMBER 15, 2012 DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.