**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**In re**

    **PINNACLE AIRLINES CORP**

                                                                  Case No: 12-11343 (REG)

                              **Debtor.**
-----------------------------------------------------------X

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, NOVEMBER 16, 2012 DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.