UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                           :

In re                                                         :          Chapter 11 Case

PINNACLE AIRLINES CORP., *et al.*,         :          No. 12-11343 (REG)

                Debtors.                     :          (Jointly Administered)

---------------------------------------------------------------x

**ERRATA ORDER RE DECISION ON DEBTORS' MOTION, PURSUANT TO BANKRUPTCY CODE SECTION 1113, TO REJECT COLLECTIVE BARGAINING AGREEMENT WITH AIR LINE PILOTS ASSOCIATION**

This matter having come up on the Court's own motion, it is **ORDERED:**

1. The Court's Decision on Debtors' Motion, Pursuant to Bankruptcy Code Section 1113, to Reject Collective Bargaining Agreement with Air Line Pilots Association, dated November 16, 2012, is corrected in the respects noted below:

   - Page 14, first paragraph, first full sentence: add "the" after "vacation credit, extended sick leave, and use of".

   - Page 35, second full paragraph, first sentence: add a comma after "Effectively".

   - Page 35, second full paragraph, number (1): delete quotation mark after "reorganization of the debtor;".

   - Page 42, first sentence after list: add a period after "debtor's attempts to reorganize".

   - Page 43, footnote 217: delete "*See*" before "816 F.2d at 93".

- Page 53, fourth full paragraph, second sentence: replace "kicking in" with "having relevance".
- Page 59, first full paragraph, third sentence: add "operating" before "cash flow".
- Page 59, first full paragraph, fourth sentence: replace "come into play" with "have relevance".
- Page 59, first full paragraph, fourth sentence: replace "if Pinnacle were already making a profit" with "thereafter".
- Page 64, footnote 267, third sentence: delete "a" after "both sides begin with"
- Page 64, footnote 267, third sentence: replace "more aggressive position" with "more aggressive positions".

2. Future references to this decision shall be to the decision as corrected, a copy of which is attached as Exhibit A.

Dated: New York, New York  
November 29, 2012

*s/ Robert E. Gerber*  
United States Bankruptcy Judge